Form 149

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

In re:

**Mary E. Blazer
aka Mary Elizabeth Blazer**
   Debtor(s)

Bankruptcy Case No.: 17–25132–CMB
Issued Per July 12, 2018 Proceeding
Chapter: 13
Docket No.: 34 – 2, 28
Concil. Conf.: at

**ORDER OF COURT CONFIRMING PLAN AS MODIFIED
AND SETTING DEADLINES FOR CERTAIN ACTIONS**

*(1.) PLAN CONFIRMATION:*

IT IS HEREBY ORDERED that upon consent of the Debtor(s), the Chapter 13 Plan dated December 28, 2017 is CONFIRMED as modified at the Plan confirmation hearing. Terms of the Plan not expressly modified by this Order remain in full force and effect. A copy of this Plan was previously mailed to you. *Only those provisions which are checked below apply to this case:*

☒ A. For the remainder of the Plan term, the periodic Plan payment is amended to be $1,255 as of July 2018. Debtor(s)' counsel shall file a motion to amend the income attachment order within seven (7) days of the date of this Order.

☐ B. The length of the Plan is increased to a total of months. This statement of duration of the Plan is an approximation. The Plan shall not be completed until the goals of the Plan have been achieved. The total length of the Plan shall not exceed sixty (60) months.

☐ C. Plan confirmation is on an interim basis only as a form of adequate protection. The Trustee is authorized to distribute to secured and priority creditors with percentage fees. *A final plan conciliation conference will be held on at , in .* If the Parties cannot resolve all disputes at the conciliation conference, a hearing will be scheduled and orally announced at the conclusion of the conference without any further written notice to any party. Parties are directed to monitor the Court's docket and read the Chapter 13 Trustee's minutes of the conciliation conference to the extent such parties desire more information regarding the outcome of the conciliation conference.

☐ D. Plan confirmation is subject to the resolution of all actions to determine the avoidability, priority, or extent of liens; including determination of the allowed amount of secured claims under *11 U.S.C. §506*, disputes over the amount and allowance of claims entitled to priority under *11 U.S.C. §507*, and all objections to claims.

☐ E. The allowed claims of general unsecured creditors shall be paid from available funds on a pro rata basis, which may represent an increase or decrease in the amount projected in the Plan.

☐ F. shall be paid monthly payments of $ beginning with the Trustee's distribution and continuing for the duration of the plan term, to be applied by that creditor to it's administrative claim, budget payments and/or security deposit. These payments shall be at the third distribution level.

☒ G. The claims of the following creditors shall govern as to amount, classification and rate of interest (or as otherwise noted), unless the Debtor(s) successfully objects to the claim: Borough of Crafton sewage at Claim No. 5; Lakeview Loan Servicing at Claim No. 9 .

☒ H. Additional Terms: The claim of Citizens Bank at Claim No. 3 shall be paid per plan.

*(2.)    IT IS FURTHER ORDERED THAT THE FOLLOWING DEADLINES ARE ESTABLISHED:*

**A.    Objections to the Plan.** Pursuant to *Fed.R.Bankr.P. 2002(b)*, this Order shall not become final for a period of twenty−eight (28) days. Any party in interest with an objection to any provision of this Confirmation Order must file a written objection within that twenty−eight (28) day period. Failure to timely object shall be deemed a waiver of all objections and an acceptance of the provisions of this confirmed Plan. The Trustee may disburse funds pursuant to this confirmation order upon it's entry.

**B.    Applications to retain brokers, sales agents, or other professionals.** If the Plan contemplates sales of assets or litigation proceeds as a source of funding, Debtor(s) shall file motion(s) to employ the necessary professionals within thirty (30) days hereof.

**C.    Review of Claims Docket and Objections to Claims.** Pursuant to *W.PA.LBR 3021−1(c)(2)*, the Debtor or Debtor's attorney, if represented, shall review the proofs of claim filed and shall file objections to any disputed claims within ninety (90) days after the claims bar date or, for late filed or amended claims, within ninety (90) days after they are filed and served. Absent an objection, the proof of claim will govern as to the classification and amount of the claim. Objections filed after the ninety (90) days specified herein shall be deemed untimely.

**D.    Motions or Complaints Pursuant to §§506, 507 or 522.** All actions to determine the priority, avoidability, or extent of liens, all actions pursuant to *11 U.S.C. §§506, 507 and 522* shall be filed within ninety (90) days after the claims bar date.

**E.    Filing Amended Plans.** Within fourteen (14) days after the Bankruptcy Court resolves the priority, avoidability, or extent of a lien, or any objection to claim, the Debtor(s) shall file an amended Plan to provide for the allowed amount of the claim if the allowed amount differs from the amount stated in the plan. Debtor(s) shall also file an amended Plan within thirty (30) days after the claims bar date(s) in the event that no objection is filed and the claim(s) as filed causes the Plan to be underfunded.

*(3.)*  **IT IS FURTHER ORDERED THAT:**

**A.** After the claims objection deadline, the Plan shall be deemed amended to conform to the claims filed or otherwise allowed. If the Plan expressly modified the terms of payment to any creditor pursuant to *11 U.S.C. §1322(b)(2)*, nothing in this Order shall be construed to change the payment terms established in the Plan.

**B.** Any creditor who files or amends a proof of claim shall serve a copy on the Debtor(s) or counsel for the Debtor(s).

**C.** Any creditor whose payment changes due to variable interest rates, change in escrow, or change in monthly payments, shall notify the Trustee, Debtor(s)' counsel and Debtor(s) at least twenty−one (21) days prior to the change taking effect.

**D.** Debtor's counsel must file a fee application in accordance with *W.PA.LBR 2016−1* before attorney fees in excess of the "no look" provision (including retainer) will be allowed or paid.

**E.** The Trustee shall file a *Certificate of Default and Request for Dismissal* of the case in the event of a material Plan default. If the default involves failure to make a plan payment the case will result in dismissal without further hearing upon filing and service of an *Affidavit of Default* by the Trustee. The Trustee is not precluded from raising pre−confirmation defaults in any subsequent motion to dismiss.

**F.** In the event that any order is entered in this case granting relief from the automatic stay to a secured creditor, then the Trustee shall make no further disbursements to any creditor on account of any *secured claim* that is secured by the subject property, unless directed otherwise by further Order of Court.

Dated: July 17, 2018

Carlota M. Böhm, Judge
United States Bankruptcy Court

cc:  All Parties in Interest to be served by Clerk in seven (7) days

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                              Case No. 17-25132-CMB
Mary E. Blazer                                                      Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2          User: jhel              Page 1 of 2              Date Rcvd: Jul 17, 2018
                              Form ID: 149            Total Noticed: 39

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 19, 2018.
```
db            +Mary E. Blazer,    28 Warren Street,    Pittsburgh, PA 15205-3035
cr            +Borough of Crafton,    Goehring, Rutter, and Boehm,    437 Grant Street, 14th Floor,
               Frick Building,    Pittsburgh, PA  15219,    UNITED STATES 15219-6101
cr            +Peoples Natural Gas Company LLC,    c/o S. James Wallace, P.C.,    845 N. Lincoln Ave.,
               Pittsburgh, PA 15233-1828
14750855      +AES/NCT,    PO Box 61047,    Harrisburg, PA 17106-1047
14750856      +Barclay's Bank Delaware,    P.O. Box 8803,    Wilmington, DE 19899-8803
14771016      +Borough of Crafton,    Goehring, Rutter & Boehm,    c/o Jeffrey R. Hunt, Esquire,
               437 Grant Street, 14th Floor,    Frick Building,    Pittsburgh, PA 15219-6101
14750858      +CENLAR,    PO Box 77404,    Ewing, NJ 08628-6404
14750857      +CENLAR,    PO Box 77404,    Trenton, NJ 08628-6404
14750859      +CENLAR,    PO Box 77423,    Ewing, NJ 08628-7423
14763584       Capital One, N.A.,    c/o Becket and Lee LLP,    PO Box 3001,    Malvern PA 19355-0701
14750861       Citi Cards,    PO Box 6241,    Sioux Falls, SD 57117-6241
14750862      +Citizens Bank,    1 Citizens Dr,    Riverside, RI 02915-3000
14750866     ++FIRST SAVINGS BANK,    PO BOX 5096,    SIOUX FALLS SD 57117-5096
              (address filed with court: First Savings Bank/Blaze,    5501 S Broadband Ln,
               Sioux Falls, SD 57108)
14750867      +First Savings Credit Card,    PO Box 85620,    Sioux Falls, SD 57118-5620
14750869      +Jennifer Carlson,    23 White Ave,    Pittsburgh, PA 15205-2817
14788564      +LAKEVIEW LOAN SERVICING, LLC,    CENLAR FSB,    ATTN: BK DEPARTMENT,    425 PHILLIPS BLVD.,
               EWING NJ 08618-1430
14750874      +Law Offices of Patenaude & Felix, A.P.C.,    501 Corporate Drive,    Southpointe, Suite 205,
               Canonsburg, PA 15317-8584

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr            +E-mail/Text: kburkley@bernsteinlaw.com Jul 18 2018 02:25:25      Duquesne Light Company,
               c/o Allison Carr,    707 Grant Street,    Suite 2200,    Pittsburgh, PA 15219-1945
14750860      +E-mail/Text: kzoepfel@credit-control.com Jul 18 2018 02:24:36
               Central Loan Admin & Reporting,    425 Phillips Blvd,    Ewing, NJ 08618-1430
14750863       E-mail/PDF: creditonebknotifications@resurgent.com Jul 18 2018 02:33:22      Credit One Bank,
               PO Box 98873,    Las Vegas, NV 89193-8873
14750864      +E-mail/PDF: creditonebknotifications@resurgent.com Jul 18 2018 02:32:22      Credit One Bank NA,
               PO Box 98872,    Las Vegas, NV 89193-8872
14750865       E-mail/Text: mrdiscen@discover.com Jul 18 2018 02:23:38      Discover Bank,    PO Box 15316,
               Wilmington, DE 19850-5316
14756340       E-mail/Text: mrdiscen@discover.com Jul 18 2018 02:23:38      Discover Bank,
               Discover Products Inc,    PO Box 3025,    New Albany, OH  43054-3025
14783977      +E-mail/Text: kburkley@bernsteinlaw.com Jul 18 2018 02:25:25      Duquesne Light Company,
               c/o Bernstein-Burkley, P.C.,    707 Grant St., Suite 2200, Gulf Tower,
               Pittsburgh, PA 15219-1945
14750868      +E-mail/Text: cio.bncmail@irs.gov Jul 18 2018 02:23:49      Internal Revenue Service,
               Centralized Insolvency,    Operations,    P.O. Box 7346,    Philadelphia, PA 19101-7346
14750870      +E-mail/Text: bnckohlsnotices@becket-lee.com Jul 18 2018 02:23:46      Kohl's,    P.O. Box 3043,
               Milwaukee, WI 53201-3043
14750871      +E-mail/Text: bnckohlsnotices@becket-lee.com Jul 18 2018 02:23:46      Kohl's,    PO Box 2983,
               Milwaukee, WI 53201-2983
14750872      +E-mail/Text: bnckohlsnotices@becket-lee.com Jul 18 2018 02:23:46      Kohls/Capital One,
               N56 W 17000 Ridgewood Dr,    Menomonee Falls, WI 53051-5660
14750873      +E-mail/Text: bnckohlsnotices@becket-lee.com Jul 18 2018 02:23:46      Kohls/Capital One,
               PO Box 3115,    Milwaukee, WI 53201-3115
14750875      +E-mail/PDF: resurgentbknotifications@resurgent.com Jul 18 2018 02:33:25      LVNV Funding LLC,
               PO Box 10497,    Greenville, SC 29603-0497
14750876      +E-mail/PDF: resurgentbknotifications@resurgent.com Jul 18 2018 02:32:23      LVNV Funding, LLC,
               55 Beattie Place, Suite 110,    Greenville, SC 29601-5115
14787067       E-mail/PDF: resurgentbknotifications@resurgent.com Jul 18 2018 02:33:23
               LVNV Funding, LLC its successors and assigns as,    assignee of Synchrony Bank,
               Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
14750878      +E-mail/Text: bkr@cardworks.com Jul 18 2018 02:23:31      Merrick Bank,    10705 S. Jordan Gateway,
               Suite 200,    South Jordan, UT 84095-3977
14750877      +E-mail/Text: bkr@cardworks.com Jul 18 2018 02:23:31      Merrick Bank,    PO Box 9201,
               Old Bethpage, NY 11804-9001
14776542       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 18 2018 02:33:18
               Portfolio Recovery Associates, LLC,    POB 12914,    Norfolk VA 23541
14752363       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 18 2018 02:33:18
               PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
14750879      +E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jul 18 2018 02:24:21      Pennsylvania Dept of Revenue,
               Bankruptcy/Collection Unit,    10th Floor Strawberry Square,    4th & Walnut Streets,
               Harrisburg, PA 17128-0001
14750880      +E-mail/PDF: resurgentbknotifications@resurgent.com Jul 18 2018 02:33:23
               Resurgent Capital Services,    PO Box 10497,    Greenville, SC 29603-0497
14750881      +E-mail/PDF: gecsedi@recoverycorp.com Jul 18 2018 02:34:20      Synchrony Bank,
               170 Election Road, Suite 125,    Draper, UT 84020-6425
                                                                                              TOTAL: 22
```

```
District/off: 0315-2          User: jhel                   Page 2 of 2                  Date Rcvd: Jul 17, 2018
                              Form ID: 149                 Total Noticed: 39

              ***** BYPASSED RECIPIENTS (continued) *****

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              LAKEVIEW LOAN SERVICING, LLC
cr              Lakeview Loan Servicing, LLC
cr*            +PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                                           TOTALS: 2, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 19, 2018                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 17, 2018 at the address(es) listed below:
              James Warmbrodt    on behalf of Creditor    LAKEVIEW LOAN SERVICING, LLC bkgroup@kmllawgroup.com
              Jeffrey R. Hunt    on behalf of Creditor    Borough of Crafton jhunt@grblaw.com,
               cnoroski@grblaw.com
              Keri P. Ebeck    on behalf of Creditor    Duquesne Light Company kebeck@bernsteinlaw.com,
               DMcKay@bernsteinlaw.com
              Mark G. Moynihan    on behalf of Debtor Mary E. Blazer mark@moynihanlaw.net,
               moynihan.mark@gmail.com;moynihanmr71581@notify.bestcase.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company LLC sjw@sjwpgh.com,
               Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
              Thomas Song    on behalf of Creditor    Lakeview Loan Servicing, LLC pawb@fedphe.com
                                                                                               TOTAL: 8
```