IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: : | |
| Mary E. Blazer : | Bankruptcy No. 17-25132-CMB |
| Debtor : | |
| : | Chapter 13 |
| Ronda J. Winnecour, Chapter 13 : | |
| Trustee, : | |
| Movant : | Related to Doc. Nos.: 43 & 44 |
| v. : | |
| : | Hearing Date: July 24, 2019 |
| Lakeview Loan Servicing, LLC : | Hearing Time: 11:00 a.m. |
| Respondent : | |

## ORDER

AND NOW, this ___5th___ day of ___July___, 2019, upon consideration of the Motion for an Extension of Time to Respond to Trustee's Motion to Preclude Postpetition Mortgage Fees, Expenses and Charges ("Motion"), filed on behalf of Lakeview Loan Servicing, LLC ("Respondent"), and the record as a whole, IT IS HEREBY ORDERED:

Respondent's Motion is GRANTED;

Respondent shall have an additional thirty (30) days to respond to the Trustee's Motion to Preclude Postpetition Mortgage Fees, Expenses and Charges or until August 3, 2019.

The hearing scheduled for July 24, 2019 is CANCELLED. The hearing on the Trustee' Motion to Preclude Postpetition Mortgage Fees, Expenses and Charges is RESCHEDULED to August 12, 2019 at 10:00 a.m. in Courtroom B, 54th Floor, US Steel Tower, 600 Grant Street, Pittsburgh PA 15219.

FILED
7/5/19 10:24 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

Carlota M. Böhm                    dmk
Chief United States Bankruptcy Court Judge

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Mary E. Blazer  
     Debtor

Case No. 17-25132-CMB  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0315-2       User: dsaw       Page 1 of 1       Date Rcvd: Jul 05, 2019  
                       Form ID: pdf900      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 07, 2019.  
db            +Mary E. Blazer,   28 Warren Street,   Pittsburgh, PA 15205-3035

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                            TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 07, 2019                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 5, 2019 at the address(es) listed below:  
        James Warmbrodt    on behalf of Creditor    Lakeview Loan Servicing, LLC bkgroup@kmllawgroup.com  
        James Warmbrodt    on behalf of Creditor    LAKEVIEW LOAN SERVICING, LLC bkgroup@kmllawgroup.com  
        Jeffrey R. Hunt    on behalf of Creditor    Borough of Crafton jhunt@grblaw.com, cnoroski@grblaw.com  
        Jerome B. Blank    on behalf of Creditor    Lakeview Loan Servicing, LLC pawb@fedphe.com  
        Jodi L. Hause    on behalf of Creditor    Lakeview Loan Servicing, LLC jodi.hause@phelanhallinan.com, pawb@fedphe.com  
        Keri P. Ebeck    on behalf of Creditor    Duquesne Light Company kebeck@bernsteinlaw.com, jbluemle@bernsteinlaw.com  
        Mark G. Moynihan    on behalf of Debtor Mary E. Blazer mark@moynihanlaw.net, moynihan.mark@gmail.com;moynihanmr71581@notify.bestcase.com  
        Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov  
        Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com  
        S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company LLC sjw@sjwpgh.com, Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com  
        Thomas Song    on behalf of Creditor    Lakeview Loan Servicing, LLC pawb@fedphe.com  
                                                 TOTAL: 11