PROCEEDING MEMO

Date: 09/11/2019 11:00 am

In re: Mary E. Blazer

Bankruptcy No. 17-25132-CMB
Chapter: 13
Doc. # 43

Appearances:

Movant(s): Winnecour / ~~Paul X Katz X DeSimone~~

Respondents: ~~Mark G. Moynihan, Esq. for Debtor~~

Creditor(s):    Hause and Spivack

Nature of Proceeding: # 43 Trustee's Motion to Preclude Postpetition Mortgage Fees, Expenses, and Charges

Additional Pleadings: #44 Notice of Hearing
#45 Motion to Extend Time to Respond
#46 Order Granting Motion to Extend Time to Respond
#49 Response of Cenlar, FSB as Servicer for Lakeview Loan Servicing

Judge's Notes:

Outcome:

Trustee: this is not an Act 6 case. Remaining issue is the flat fee.
Court finds this is a reasonable fee and agree with Judge Deller's analysis.

Matter resolved.

_____ Motion is GRANTED _____ Order entered
_____ Motion is DENIED _____ Order entered
_____ Motion WITHDRAWN
_____ Motion is DISMISSED      Order entered
_____ Reschedule for Proper Service
_____ Case DISMISSED           Order entered
_____ Parties to submit Order/Settlement/Stipulation by _____ days
_____ CONTINUED MATTER:   _____ for at least _____ days (Court to Issue Order)
_____ to hearing date of _____
_____ ISSUE EVIDENTIARY HEARING NOTICE
_____ Discovery time needed _____ days
_____ Briefs to be filed:    Movant(s) brief due _____ days
                             Respondent(s) brief due _____ days
                             Trustee's brief due _____ days

**FILED**

SEP 1 1 2019

CLERK, U.S. BANKRUPTCY COURT
WEST DIST. OF PENNSYLVANIA

Carlota M. Böhm
Chief U.S. Bankruptcy Judge