FILED
1/24/20 4:49 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:                                    :
                                          :    Bankruptcy No.  17-25132-CMB
Mary E. Blazer                            :
Debtor                                    :    Adversary No.
                                          :
                                          :    Related to Docket No.  51
                                          :
                                          :    Expedited Request
                                          :

## NOTICE OF TRANSCRIPT ORDER
## WITH COMPLETION DATE

Jodi Hause, Esq. has ordered transcript(s) for hearings held on the date(s) listed below:

September 11, 2019

The transcript is being prepared by Writer's Cramp, Inc.  The estimated completion for this transcript is January 31, 2020.

Michael R. Rhodes, Clerk
United States Bankruptcy Court

Date: 1/24/2020                          By: _____/s/ Hayley Smith_____
                                                        ECRO

#61-M