IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br>MARY E. BLAZER<br>   Debtor | Bankruptcy No. 17-25132-CMB<br><br>Chapter 13 |
| MARY E. BLAZER<br>   Movant<br><br>   v.<br><br>LAKEVIEW LOAN SERVICING, LLC<br>RONDA J. WINNECOUR<br>   Respondent(s) | Doc. No.<br><br>Related to Claim 9 |

**DECLARATION OF PLAN SUFFICIENCY**
**FOR MORTGAGE PAYMENT CHANGES PURSUANT TO W.PA.LBR 3002-4(b)(2)**

1. On November 23, 2020, Lakeview Loan Servicing, LLC filed a Notice of Mortgage Payment Change indicating that the new total payment was $872.32.

2. The Debtor's Chapter 13 Plan, dated December 28, 2017, which was confirmed on July 17, 2018 includes a payment to Lakeview Loan Servicing, LLC's predecessor of $895.24, which is sufficient to cover the new payment.

3. Contemporaneously with the filing of this declaration, the Chapter 13 Trustee and the affected creditor have been served with a copy of this declaration.

Name of creditor: Lakeview Loan Servicing, LLC

Court claim number: 9

                                                            MOYNIHAN LAW PC

Dated: December 2, 2020                    By:   /s/ Mark G. Moynihan
                                                                            Mark G. Moynihan, Esquire
                                                                              Attorney for Debtor(s)
                                                                              PA 307622
                                                                              2 Chatham Center, Suite 230
                                                                              Pittsburgh, PA 15219
                                                                              Phone:  (412) 889-8535
                                                                              Fax:  (800) 997-8192
                                                                              Email: mark@moynihanlaw.net