IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br>MARY E. BLAZER<br>    Debtor(s) | Bankruptcy No. 17-25132-CMB<br><br>Chapter 13 |
| MARY E. BLAZER<br>    Movant(s) | Related to Document No. 64, 65 |
| v. | |
| ALL WAYS CLEANING, INC.<br>RONDA J. WINNECOUR, TRUSTEE<br>    Respondent(s) | |

**CERTIFICATE OF SERVICE OF ORDER SCHEDULING DATES FOR RESPONSE AND
ZOOM HEARING ON MOTION  [Doc 65] AND
MOTION TO TERMINATE WAGE ATTACHMENT [Doc 64]**

I certify under penalty of perjury that I served the above captioned pleading on the parties at the addresses specified below or on the attached list on **December 3, 2020**.

The type(s) of service made on the parties was: first-class mail and electronic notification.

If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example, the full name, email address, and where applicable the full name of the person or entity represented, for each party served by electronic transmission is listed under the heading "Service by NEF," and the full name and complete postal address for each party served by mail, is listed under the heading "Service by First-Class Mail."

MOYNIHAN LAW, PC

Executed on: <u>December 3, 2020</u>    By:    <u>/s/ Mark G. Moynihan</u>
Mark G. Moynihan, Esquire
Attorney for Debtor(s)
PA 307622
2 Chatham Center, Suite 230
Pittsburgh, PA 15219
Phone:  (412) 889-8535
Fax:  (800) 997-8192
Email: mark@moynihanlaw.net

**Service by NEF**

Jerome B. Blank on behalf of Creditor Lakeview Loan Servicing, LLC
pawb@fedphe.com

Robert Davidow on behalf of Creditor Lakeview Loan Servicing, LLC
robert.davidow@phelanhallinan.com

Keri P. Ebeck on behalf of Creditor Duquesne Light Company
kebeck@bernsteinlaw.com, jbluemle@bernsteinlaw.com

Jeffrey R. Hunt on behalf of Creditor Borough of Crafton
jhunt@grblaw.com, cnoroski@grblaw.com

Daniel Philip Jones on behalf of Creditor Lakeview Loan Servicing, LLC
djones@sterneisenberg.com, bkecf@sterneisenberg.com

Mark G. Moynihan on behalf of Debtor Mary E. Blazer
mark@moynihanlaw.net, moynihan.mark@gmail.com;moynihanmr71581@notify.bestcase.com

Brian Nicholas on behalf of Creditor LAKEVIEW LOAN SERVICING, LLC
bnicholas@kmllawgroup.com

Brian Nicholas on behalf of Creditor Lakeview Loan Servicing, LLC
bnicholas@kmllawgroup.com

Office of the United States Trustee
ustpregion03.pi.ecf@usdoj.gov

Thomas Song on behalf of Creditor Citizens bank na
pawb@fedphe.com

Thomas Song on behalf of Creditor LAKEVIEW LOAN SERVICING, LLC
pawb@fedphe.com

Thomas Song on behalf of Creditor Lakeview Loan Servicing, LLC
pawb@fedphe.com

Andrew L. Spivack on behalf of Creditor Lakeview Loan Servicing, LLC
andrew.spivack@brockandscott.com, wbecf@brockandscott.com

S. James Wallace on behalf of Creditor Peoples Natural Gas Company LLC
ecfpeoples@grblaw.com, Equitablebankruptcy@peoples-gas.com

Ronda J. Winnecour
cmecf@chapter13trusteewdpa.com

**Service by First-Class Mail**

| | | |
|---|---|---|
| Borough of Crafton<br>Goehring, Rutter, and Boehm<br>437 Grant Street, 14th Floor<br>Frick Building<br>Pittsburgh, PA 15219-6101 | Duquesne Light Company<br>c/o Allison Carr<br>707 Grant Street<br>Suite 2200<br>Pittsburgh, PA 15219-1945 | PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 |
| Pennsylvania Department of Revenue<br>Bankruptcy Division<br>P.O. Box 280946<br>Harrisburg, PA 17128-0946 | Peoples Natural Gas Company LLC<br>c/o S. James Wallace, P.C.<br>845 N. Lincoln Ave.<br>Pittsburgh, PA 15233-1828 | AES/NCT<br>PO Box 61047<br>Harrisburg, PA 17106-1047 |
| Barclay's Bank Delaware<br>P.O. Box 8803<br>Wilmington, DE 19899-8803 | Borough of Crafton<br>Goehring, Rutter & Boehm<br>c/o Jeffrey R. Hunt, Esquire<br>437 Grant Street, 14th Floor<br>Frick Building<br>Pittsburgh, PA 15219-6101 | CENLAR<br>PO Box 77404<br>Trenton, NJ 08628-6404 |
| Capital One, N.A.<br>c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern PA 19355-0701 | Central Loan Admin & Reporting<br>425 Phillips Blvd<br>Ewing, NJ 08618-1430 | Citi Cards<br>PO Box 6241<br>Sioux Falls, SD 57117-6241 |
| CITIZENS BANK N A<br>ATTN BANKRUPTCY TEAM<br>ONE CITIZENS BANK WAY<br>JCA115<br>JOHNSTON RI 02919-1922 | Credit One Bank<br>PO Box 98873<br>Las Vegas, NV 89193-8873 | DISCOVER FINANCIAL SERVICES LLC<br>PO BOX 3025<br>NEW ALBANY OH 43054-3025 |
| Duquesne Light Company<br>c/o Bernstein-Burkley, P.C.<br>707 Grant St., Suite 2200, Gulf Tower<br>Pittsburgh, PA 15219-1945 | FIRST SAVINGS BANK<br>PO BOX 5096<br>SIOUX FALLS SD 57117-5096 | First Savings Credit Card<br>PO Box 85620<br>Sioux Falls, SD 57118-5620 |
| Internal Revenue Service<br>Centralized Insolvency Operations<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | Jennifer Carlson<br>23 White Ave<br>Pittsburgh, PA 15205-2817 | Kohl's<br>P.O. Box 3043<br>Milwaukee, WI 53201-3043 |

| | | |
|---|---|---|
| Kohl's<br>PO Box 2983<br>Milwaukee, WI 53201-2983 | LAKEVIEW LOAN SERVICING, LLC<br>CENLAR FSB<br>ATTN: BK DEPARTMENT<br>425 PHILLIPS BLVD.<br>EWING NJ 08618-1430 | LVNV Funding LLC<br>PO Box 10497<br>Greenville, SC 29603-0497 |
| LVNV Funding, LLC<br>55 Beattie Place, Suite 110<br>Greenville, SC 29601-5115 | Law Offices of Patenaude & Felix, A.P.C.<br>501 Corporate Drive<br>Southpointe, Suite 205<br>Canonsburg, PA 15317-8584 | Merrick Bank<br>10705 S. Jordan Gateway<br>Suite 200<br>South Jordan, UT 84095-3977 |
| Merrick Bank<br>PO Box 9201<br>Old Bethpage, NY 11804-9001 | Office of the United States Trustee<br>Liberty Center.<br>1001 Liberty Avenue, Suite 970<br>Pittsburgh, PA 15222-3721 | Pennsylvania Dept of Revenue<br>Bankruptcy/Collection Unit<br>10th Floor Strawberry Square<br>4th & Walnut Streets<br>Harrisburg, PA 17128-0001 |
| PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 | Synchrony Bank<br>170 Election Road, Suite 125<br>Draper, UT 84020-6425 | Mary E. Blazer<br>28 Warren Street<br>Pittsburgh, PA 15205-3035 |
| Ronda J. Winnecour<br>Suite 3250, USX Tower<br>600 Grant Street<br>Pittsburgh, PA 15219-2702 | All Ways Cleaning, Inc<br>132 Crotzer Avenue<br>Pittsburgh, PA 15205 | |