IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:                                          Bankruptcy No. 17-25132-CMB
MARY E. BLAZER
    Debtor(s)                                Chapter 13

MARY E. BLAZER                                  Related to Document No. 64, 65
    Movant(s)
                                                Hearing Date: January 6, 2021 at 2:30PM
    v.

ALL WAYS CLEANING, INC.
RONDA J. WINNECOUR, TRUSTEE
    Respondent(s)

**CERTIFICATION OF NO OBJECTION REGARDING
DEBTOR'S MOTION TO TERMINATE WAGE ATTACHMENT**

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Motion filed on **December 3, 2020** has been received.  The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the **Motion** appears thereon.  Pursuant to the Order Scheduling Dates for Response and Zoom Hearing on Motion, objections to the Motion were to be filed and served no later than **December 21, 2020.**

It is hereby respectfully requested that the Order attached to the Motion be entered by the Court.

MOYNIHAN LAW, PC

Dated: December 22, 2020                 By:    /s/ Mark G. Moynihan
                                                Mark G. Moynihan, Esquire
                                                Attorney for Debtor(s)
                                                PA 307622
                                                2 Chatham Center, Suite 230
                                                Pittsburgh, PA 15219
                                                Phone:  (412) 889-8535
                                                Fax:  (800) 997-8192
                                                Email: mark@moynihanlaw.net