IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br>MARY E. BLAZER<br>    Debtor(s) | Bankruptcy No. 17-25132-CMB<br><br>Chapter 13 |
| MARY E. BLAZER<br>    Movant(s) | Related to Document No. 64 |
| v. | |
| ALL WAYS CLEANING, INC.<br>RONDA J. WINNECOUR, TRUSTEE<br>    Respondent(s) | |

**ENTERED BY DEFAULT**
**ORDER OF COURT**

AND NOW, this **22nd** day of **December**, 20**20**, upon consideration of the Debtor's Motion to Terminate Wage Attachment as to All Ways Cleaning, Inc., it is hereby ORDERED, ADJUDGED and DECREED that the Debtor's Motion is GRANTED, the wage attachment order dated September 6, 2018 (Doc. 39) with All Ways Cleaning, Inc. is TERMINATED, and All Ways Cleaning, Inc. shall promptly remit all previously deducted sums from the Debtor's wages to the Chapter 13 Trustee.

FILED
12/22/20 2:31 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

_Carlota M. Böhm_ dmk
Carlota M. Böhm
Chief United States Bankruptcy Court Judge

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 17-25132-CMB |
| Mary E. Blazer | Chapter 13 |
| Debtor(s) | |

# CERTIFICATE OF NOTICE

District/off: 0315-2 User: dsaw Page 1 of 2
Date Rcvd: Dec 22, 2020 Form ID: pdf900 Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**
+        Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 24, 2020:**

**Recip ID         Recipient Name and Address**
db              + Mary E. Blazer, 28 Warren Street, Pittsburgh, PA 15205-3035

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).
NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**
NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 24, 2020    Signature:    /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 22, 2020 at the address(es) listed below:

**Name                    Email Address**

Andrew L. Spivack
                on behalf of Creditor Lakeview Loan Servicing  LLC andrew.spivack@brockandscott.com, wbecf@brockandscott.com

Brian Nicholas
                on behalf of Creditor Lakeview Loan Servicing  LLC bnicholas@kmllawgroup.com

Brian Nicholas
                on behalf of Creditor LAKEVIEW LOAN SERVICING  LLC bnicholas@kmllawgroup.com

Daniel Philip Jones
                on behalf of Creditor Lakeview Loan Servicing  LLC djones@sterneisenberg.com, bkecf@sterneisenberg.com

Jeffrey R. Hunt
                on behalf of Creditor Borough of Crafton jhunt@grblaw.com  cnoroski@grblaw.com

Jerome B. Blank
                on behalf of Creditor Lakeview Loan Servicing  LLC pawb@fedphe.com

| | | |
|---|---|---|
| District/off: 0315-2 | User: dsaw | Page 2 of 2 |
| Date Rcvd: Dec 22, 2020 | Form ID: pdf900 | Total Noticed: 1 |

Keri P. Ebeck
    on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com  jbluemle@bernsteinlaw.com

Mark G. Moynihan
    on behalf of Debtor Mary E. Blazer mark@moynihanlaw.net
    moynihan.mark@gmail.com;moynihanmr71581@notify.bestcase.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Robert Davidow
    on behalf of Creditor Lakeview Loan Servicing  LLC robert.davidow@phelanhallinan.com

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

S. James Wallace
    on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  Equitablebankruptcy@peoples-gas.com

Thomas Song
    on behalf of Creditor LAKEVIEW LOAN SERVICING  LLC pawb@fedphe.com

Thomas Song
    on behalf of Creditor Citizens bank na pawb@fedphe.com

Thomas Song
    on behalf of Creditor Lakeview Loan Servicing  LLC pawb@fedphe.com

TOTAL: 15