IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br>MARY E. BLAZER<br>   Debtor | Bankruptcy No. 17-25132-CMB<br><br>Chapter 13 |
| MARY E. BLAZER<br>   Movant<br><br>   v.<br><br>LAKEVIEW LOAN SERVICING, LLC<br>RONDA J. WINNECOUR<br>   Respondent(s) | Doc. No.<br><br>Related to Claim 9 |

**DECLARATION OF PLAN SUFFICIENCY**
**FOR MORTGAGE PAYMENT CHANGES PURSUANT TO W.PA.LBR 3002-4(b)(2)**

1. On May 20, 2021, Lakeview Loan Servicing, LLC filed a Notice of Mortgage Payment Change indicating that the new total payment was $870.40.

2. The Debtor's Chapter 13 Plan, dated December 28, 2017, which was confirmed on July 17, 2018 includes a payment to Lakeview Loan Servicing, LLC's predecessor of $895.24, which is sufficient to cover the new payment.

3. Contemporaneously with the filing of this declaration, the Chapter 13 Trustee and the affected creditor have been served with a copy of this declaration.

Name of creditor: Lakeview Loan Servicing, LLC

Court claim number: 9

MOYNIHAN LAW PC

Dated: June 2, 2021        By:    /s/ Mark G. Moynihan
                                  Mark G. Moynihan, Esquire
                                  PA ID No. 307622
                                  2 Chatham Center, Suite 230
                                  Pittsburgh, PA 15219
                                  Phone: (412) 889-8535
                                  Fax: (800) 997-8192
                                  Email: mark@moynihanlaw.net

                                  Attorney for Debtor(s)