**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

11/11/2021

IN RE:

MARY E. BLAZER
28 WARREN STREET
PITTSBURGH, PA 15205
XXX-XX-9553        Debtor(s)

Case No. 17-25132 CMB

Chapter 13

## NOTICE OF CLAIMS FILED AND INTENTION TO PAY CLAIMS

NOTICE IS HEREBY GIVEN of claims filed and the intention of the Chapter 13 Trustee to pay the claims of creditors named below, in the amounts* and manner authorized by the terms and provisions of the confirmed Chapter 13 Plan, the order confirming the Plan, and applicable rules.

This Notice is filed as a courtesy, to inform all parties of the claims the Trustee has found in the case. This Notice does not seek authorization to pay claims, as that authorization already exists in the form of plan terms, applicable rules, and confirmation orders. Any party who objects to the allowance of a filed claim must file a formal objection to the claim itself, NOT an objection to this Notice.

This Notice should not be construed as altering the deadlines for filing objections to proofs of claim, as contained in the Federal Rules of Bankruptcy Procedure, the confirmed Chapter 13 Plan, or the order confirming the Chapter 13 Plan. Pursuant to 11 U.S.C. § 502 (a), the claims which have been filed as stated above will be deemed allowed for purposes of distribution and shall be paid unless the debtor or other party in interest has timely objected to the claim, and provided notice of the objection to the Trustee, prior to the claim being paid by the Trustee.

The following claim information is derived from one or more of the following sources: the debtor(s)' Chapter 13 Plan, proofs of claim, and the order confirming the plan. The list does not include claims which have been disallowed, withdrawn, or claims not provided for in the Chapter 13 Plan for which proofs of claim have not been filed. Some of the claims listed on the following pages may have already been fully or partially paid by the Trustee. To determine whether or not any payments have already been disbursed on a claim, please consult the Trustee's web site at www.13network.com.

*Unless the Chapter 13 Plan provides for a 100% payment of unsecured claims and is adequately funded to pay 100%, the actual percentage dividend which will be paid to the holders of allowed unsecured claims is not presently known. In accordance with the provisions of the Chapter 13 Plan and local rules, the amount and percentage dividend to which unsecured creditors are entitled will be determined during the Trustee's final audit of this case. An adjustment of the percentage to be paid to the unsecured creditors will be performed after the Trustee has calculated the actual amount of funds available for distribution to unsecured creditors, after determining the amounts needed to complete payments on the secured and priority claims. <u>Notwithstanding the fact that the final calculation will not be done until final audit, the Trustee will distribute funds to unsecured creditors, in accordance with the Chapter 13 Plan and Bankruptcy Code priorities, when and as funds allow.</u>

<u>/s/ RONDA J. WINNECOUR</u>
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

I herein certify that a copy of this notice was served upon the listed creditors of record of this date and the debtor(s) and debtor(s) attorney of record on this date by regular U.S. Mail, postage prepaid, at the address as it appears in the records hereof.

11/11/2021

<u>/s/Trustee'sAdministrativAssistant</u>
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

SEE NEXT PAGE FOR CLAIMS

**CLAIM RECORDS**

| Creditor | Trustee Claim / Court Claim / Claim / Comment | Cred Desc / Account |
|---|---|---|
| **SYNCHRONY BANK**<br>C/O PRA RECEIVABLES MANAGEMENT LLC<br>PO BOX 41021<br>NORFOLK, VA 23541 | Trustee Claim Number: 1  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: SAMS CLUB/PRAE | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: 5103 |
| **PEOPLES NATURAL GAS CO LLC***<br>ATTN BANKRUPTCY DEPARTMENT<br>375 NORTH SHORE DR<br>PITTSBURGH, PA 15212 | Trustee Claim Number: 2  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: /PRAE | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |
| **LAKEVIEW LOAN SERVICING LLC**<br>C/O CENLAR LOAN ADMINISTRATION(*)<br>ATTN BANKRUPTCY*<br>PO BOX 77409<br>EWING, NJ 08628 | Trustee Claim Number: 3  INT %: 0.00%<br>Court Claim Number: 9<br>CLAIM: 0.00<br>COMMENT: PMT/DECL*CL9GOV*895.24@CENLAR/PL*DKT4LMT*BGN 1/18*$0ARRS/PL-CL | CRED DESC: MORTGAGE REGULAR PAYMEI<br>ACCOUNT NO.: 7736 |
| **CITIZENS BANK NA(*)**<br>1 CITIZENS DR<br>MS ROP15B<br>RIVERSIDE, RI 02915 | Trustee Claim Number: 4  INT %: 0.00%<br>Court Claim Number: 3<br>CLAIM: 0.00<br>COMMENT: PMT/CONF-OMNIBUS DECL*75x(60+2)=LMT*PMT NT STD/CL*$0ARRS/CL-PL*2ND | CRED DESC: MORTGAGE REGULAR PAYMEI<br>ACCOUNT NO.: 7763 |
| **CENLAR-LOAN ADMINISTRATION(*)**<br>ATTN: BANKRUPTCY PMT PROCESSING*<br>PO BOX 77409*<br>EWING, NJ 08628 | Trustee Claim Number: 5  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |
| **INTERNAL REVENUE SERVICE***<br>CENTRALIZED INSOLVENCY-TRUSTEE REMITS<br>PO BOX 7317<br>PHILADELPHIA, PA 19101-7317 | Trustee Claim Number: 6  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: CLOSED/NOTES~DK*NT PROV/PL*NO$~NO YRS/SCH | CRED DESC: PRIORITY CREDITOR<br>ACCOUNT NO.: |
| **PA DEPARTMENT OF REVENUE***<br>BUR OF COMPL SECT-DEPT 280946<br>STRAWBERRY SQ<br>HARRISBURG, PA 17128 | Trustee Claim Number: 7  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: CLOSED/NOTES~DK*NT PROV/PL*NO$~NO YRS~NTC ONLY/SCH | CRED DESC: PRIORITY CREDITOR<br>ACCOUNT NO.: |
| **AES (AMERICAN EDUCATION SRVCS)**<br>1200 N SEVENTH ST 2ND FL*<br>ATTN DDB TEAM<br>HARRISBURG, PA 17104-1444 | Trustee Claim Number: 8  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NCT/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0001 |
| **PORTFOLIO RECOVERY ASSOCIATES, LLC**<br>PO BOX 12914<br>NORFOLK, VA 23541 | Trustee Claim Number: 9  INT %: 0.00%<br>Court Claim Number: 6<br>CLAIM: 5,459.09<br>COMMENT: BARCLAYS/CARNIVAL | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 6089 |
| **CITIBANK NA(*)++**<br>4740 121ST ST<br>URBANDALE, IA 50323 | Trustee Claim Number: 10  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0297 |

| Creditor | Trustee Claim / Court Claim / Claim / Comment | Cred Desc / Account No. |
|---|---|---|
| **CREDIT ONE BANK**<br>POB 98872<br><br>LAS VEGAS, NV  89193-8872 | Trustee Claim Number:11  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.: 5225 |
| **DISCOVER BANK(*)**<br>C/O DISCOVER PRODUCTS INC<br>PO BOX 3025<br><br>NEW ALBANY, OH  43054-3025 | Trustee Claim Number:12  INT %: 0.00%<br>Court Claim Number:1<br>CLAIM: 1,931.37<br>COMMENT: | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.: 2781 |
| **DISCOVER BANK(*)**<br>C/O DISCOVER PRODUCTS INC<br>PO BOX 3025<br><br>NEW ALBANY, OH  43054-3025 | Trustee Claim Number:13  INT %: 0.00%<br>Court Claim Number:2<br>CLAIM: 975.69<br>COMMENT: | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.: 9127 |
| **FIRST SAVINGS BANK++**<br>500 EAST 60TH ST N<br><br>SIOUX FALLS, SD  57104 | Trustee Claim Number:14  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT:  NT ADR~BLAZE/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.: 1512 |
| **CAPITAL ONE NA\*\***<br>C/O BECKET & LEE LLP<br>PO BOX 3001<br><br>MALVERN, PA  19355-0701 | Trustee Claim Number:15  INT %: 0.00%<br>Court Claim Number:4<br>CLAIM: 1,047.31<br>COMMENT:  KOHL'S | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.: 6795 |
| **LVNV FUNDING LLC, ASSIGNEE**<br>C/O RESURGENT CAPITAL SVCS<br>POB 10587<br><br>GREENVILLE, SC  29603-0587 | Trustee Claim Number:16  INT %: 0.00%<br>Court Claim Number:8<br>CLAIM: 4,391.15<br>COMMENT:  NTC ONLY/SCH*SYNCHRONY/WALMART | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.: 1870 |
| **MERRICK BANK**<br>C/O RESURGENT CAPITAL SVCS\*\*<br>POB 10368<br><br>GREENVILLE, SC  29603-0368 | Trustee Claim Number:17  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT:  NT ADR/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.: 2797 |
| **SYNCHRONY BANK**<br>C/O PRA RECEIVABLES MANAGEMENT LLC<br>PO BOX 41021<br><br>NORFOLK, VA  23541 | Trustee Claim Number:18  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT:  NT ADR/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.: 5103 |
| **PATENAUDE AND FELIX APC**<br>9619 CHESAPEAKE DR STE 300<br><br>SAN DIEGO, CA  92123 | Trustee Claim Number:19  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC:  SPECIAL NOTICE ONLY<br>ACCOUNT NO.: |
| **JENNIFER CARLSON**<br>23 WHITE AVE<br><br>PITTSBURGH, PA  15205 | Trustee Claim Number:20  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT:  /SCH H | CRED DESC:  NOTICE ONLY<br>ACCOUNT NO.: |

# CLAIM RECORDS

| Creditor | Trustee/Court Claim | Claim / Comment | Cred Desc / Account |
|---|---|---|---|
| **DUQUESNE LIGHT COMPANY*** <br> ATTN: TARA R PFEITER, LITIGATION COUNSEL <br> 411 7TH AVE <br> MAIL DROP 16-1 <br> PITTSBURGH, PA 15219 | Trustee Claim Number: 21  INT %: 0.00% <br> Court Claim Number: 7 <br> CLAIM: 354.78 <br> COMMENT: NT/SCH | | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: 6570 |
| **PHELAN HALLINAN DIAMOND & JONES LLP++** <br> 1 PENN CENTER PLZ STE 1400 <br> 1617 JFK BLVD <br> PHILADELPHIA, PA 19103 | Trustee Claim Number: 22  INT %: 0.00% <br> Court Claim Number: <br> CLAIM: 0.00 <br> COMMENT: LAKEVIEW LNS/PRAE | | CRED DESC: NOTICE ONLY <br> ACCOUNT NO.: |
| **BORO OF CRAFTON-SEWAGE FEES** <br> C/O JORDAN TAX SVC-DELQ CLLCTR <br> 102 RAHWAY RD <br> MCMURRAY, PA 15317 | Trustee Claim Number: 23  INT %: 0.00% <br> Court Claim Number: 5 <br> CLAIM: 0.00 <br> COMMENT: 69-S-356;THRU 12/28/17*CL5GOVS*NT/SCH-PL*WNTS 10%*CL=38.46*PIF/CR/LTR | | CRED DESC: SECURED CREDITOR <br> ACCOUNT NO.: S356 |
| **BRIAN C NICHOLAS ESQ** <br> KML LAW GROUP PC <br> 701 MARKET ST STE 5000 <br> PHILADELPHIA, PA 19106 | Trustee Claim Number: 24  INT %: 0.00% <br> Court Claim Number: <br> CLAIM: 0.00 <br> COMMENT: LAKEVIEW LOAN/PRAE | | CRED DESC: NOTICE ONLY <br> ACCOUNT NO.: |
| **LAKEVIEW LOAN SERVICING LLC** <br> C/O CENLAR LOAN ADMINISTRATION(*) <br> ATTN BANKRUPTCY* <br> PO BOX 77409 <br> EWING, NJ 08628 | Trustee Claim Number: 25  INT %: 0.00% <br> Court Claim Number: 9 <br> CLAIM: 650.00 <br> COMMENT: NT/PL*NTC POSTPET FEES/EXP*REF CL*W/3 | | CRED DESC: Post Petition Claim (1305) <br> ACCOUNT NO.: 7736 |
| **STERN & EISENBERG LP** <br> 1581 MAIN ST STE 200 <br> THE SHOPPES AT VALLEY SQUARE <br> WARRINGTON, PA 18976 | Trustee Claim Number: 26  INT %: 0.00% <br> Court Claim Number: <br> CLAIM: 0.00 <br> COMMENT: LAKEVIEW LN/PRAE | | CRED DESC: NOTICE ONLY <br> ACCOUNT NO.: |