2100 B (12/15)

# United States Bankruptcy Court

### WESTERN DISTRICT OF PENNSYLVANIA
### Case No. 17-25132-CMB
### Chapter 13

In re: Debtor(s) (including Name and Address)

Mary E. Blazer
28 Warren Street
Pittsburgh PA 15205

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor.  As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 03/31/2022.

Name and Address of Alleged Transferor(s):

Claim No. 9: LAKEVIEW LOAN SERVICING, LLC, CENLAR FSB, ATTN: BK DEPART-MENT, 425 PHILLIPS BLVD., EWING NJ 08618

Name and Address of Transferee:

Nationstar Mortgage LLC d/b/a Mr. Cooper
Bankruptcy Department
PO Box 619096
Dallas, TX 75261-9741

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:    04/03/22

Michael R. Rhodes
## CLERK OF THE COURT

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                                                    Case No. 17-25132-CMB

Mary E. Blazer                                                            Chapter 13

   Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2                         User: auto                              Page 1 of 2

Date Rcvd: Apr 01, 2022                      Form ID: trc                            Total Noticed: 1

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 03, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| 14788564 | + LAKEVIEW LOAN SERVICING, LLC, CENLAR FSB, ATTN: BK DEPARTMENT, 425 PHILLIPS BLVD., EWING NJ 08618-1430 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 03, 2022                   Signature:        /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 31, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Andrew L. Spivack | on behalf of Creditor Lakeview Loan Servicing  LLC andrew.spivack@brockandscott.com, wbecf@brockandscott.com |
| Brian Nicholas | on behalf of Creditor Lakeview Loan Servicing  LLC bnicholas@kmllawgroup.com |
| Brian Nicholas | on behalf of Creditor LAKEVIEW LOAN SERVICING  LLC bnicholas@kmllawgroup.com |
| Daniel Philip Jones | on behalf of Creditor Lakeview Loan Servicing  LLC djones@sterneisenberg.com, bkecf@sterneisenberg.com |
| Jeffrey R. Hunt | on behalf of Creditor Borough of Crafton jhunt@grblaw.com |
| Jerome B. Blank | on behalf of Creditor Lakeview Loan Servicing  LLC pawb@fedphe.com |

District/off: 0315-2                              User: auto                              Page 2 of 2
Date Rcvd: Apr 01, 2022                          Form ID: trc                            Total Noticed: 1

Keri P. Ebeck
    on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com  jbluemle@bernsteinlaw.com

Mario J. Hanyon
    on behalf of Creditor Lakeview Loan Servicing  LLC wbecf@brockandscott.com, mario.hanyon@brockandscott.com

Mario J. Hanyon
    on behalf of Creditor LAKEVIEW LOAN SERVICING  LLC wbecf@brockandscott.com, mario.hanyon@brockandscott.com

Mario J. Hanyon
    on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper wbecf@brockandscott.com  mario.hanyon@brockandscott.com

Mark G. Moynihan
    on behalf of Debtor Mary E. Blazer mark@moynihanlaw.net
    moynihan.mark@gmail.com;moynihanmr71581@notify.bestcase.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Robert Davidow
    on behalf of Creditor Lakeview Loan Servicing  LLC robert.davidow@phelanhallinan.com

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

S. James Wallace
    on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  Equitablebankruptcy@peoples-gas.com

Shawn N. Wright
    on behalf of Debtor Mary E. Blazer shawn@shawnwrightlaw.com
    wrightshawn@hotmail.com;wrightshawn49@gmail.com;wrightshawnecf@gmail.com;molly@shawnwrightlaw.com

Thomas Song
    on behalf of Creditor Citizens bank na pawb@fedphe.com

Thomas Song
    on behalf of Creditor LAKEVIEW LOAN SERVICING  LLC pawb@fedphe.com

Thomas Song
    on behalf of Creditor Lakeview Loan Servicing  LLC pawb@fedphe.com


TOTAL: 19