IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | ) | Case No. 17-25132-CMB |
| Mary E. Blazer | ) | Chapter 13 |
| | ) | |
| Debtor(s) | ) | Doc #_____ |
| Ronda J. Winnecour, Chapter 13 Trustee | ) | |
| Movant(s) | ) | |
| vs. | ) | |
| Mary E. Blazer | ) | |
| | ) | |
| Respondent(s) | ) | |

NOTICE OF HEARING ON MOTION OF TRUSTEE FOR DISMISSAL

[Not for publication by any newspaper creditor]

TO ALL PARTIES IN INTEREST:

Notice is hereby given pursuant to Bankruptcy Rule 1017 that the Trustee shall separately serve on the debtor(s) a Motion to Dismiss the Chapter 13 Case.

If no response is timely filed from any party of interest, the motion will be granted by default without a hearing. If a written response is timely filed, a **Zoom Video Conference** hearing on the Trustee's motion will be held on **February 9, 2023, at 1:30 p.m. before Judge Carlota Böhm.** Parties or counsel of record who intent to participate in the hearing shall appear by Zoom Video Conference and shall make arrangements as directed by Judge Böhm's Zoom Procedures at **http://www/pawb.uscourts.gov/sites/default/files/pdfs/cmb-proc-videohrg.pdf.** Any party wishing to be heard at the hearing on the Trustee's Motion to Dismiss should file a written response on or before **January 30, 2023.**

| | |
|---|---|
| 1/10/23 | /s/ Ronda J. Winnecour |
| Date | Ronda J. Winnecour (PA I.D. #30399) |
| | Attorney and Chapter 13 Trustee |
| | U.S. Steel Tower – Suite 3250 |
| | 600 Grant Street |
| | Pittsburgh, PA  15219 |
| | (412) 471-5566 |
| | cmecf@chapter13trusteewdpa.com |

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 17-25132-CMB |
| Mary E. Blazer | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 4 |
| Date Rcvd: Jan 10, 2023 | Form ID: pdf900 | Total Noticed: 42 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 12, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Mary E. Blazer, 28 Warren Street, Pittsburgh, PA 15205-3035 |
| cr | + | Borough of Crafton, Goehring, Rutter, and Boehm, 437 Grant Street, 14th Floor, Frick Building, Pittsburgh, PA 15219 UNITED STATES 15219-6101 |
| 14771016 | + | Borough of Crafton, Goehring, Rutter & Boehm, c/o Jeffrey R. Hunt, Esquire, 437 Grant Street, 14th Floor, Frick Building Pittsburgh, PA 15219-6101 |
| 14750859 | + | CENLAR, PO Box 77423, Ewing, NJ 08628-7423 |
| 14750866 | + | First Savings Bank/Blaze, 5501 S Broadband Ln, Sioux Falls, SD 57108-2253 |
| 14750867 | + | First Savings Credit Card, PO Box 85620, Sioux Falls, SD 57118-5620 |
| 14750869 | + | Jennifer Carlson, 23 White Ave, Pittsburgh, PA 15205-2817 |
| 14788564 | + | LAKEVIEW LOAN SERVICING, LLC, CENLAR FSB, ATTN: BK DEPARTMENT, 425 PHILLIPS BLVD., EWING NJ 08618-1430 |
| 14750874 | + | Law Offices of Patenaude & Felix, A.P.C., 501 Corporate Drive, Southpointe, Suite 205, Canonsburg, PA 15317-8584 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | | Email/Text: Bankruptcy.RI@Citizensbank.com | Jan 11 2023 00:04:00 | Citizens bank na, One Citizens Bank Way JCA 115, Johnston, RI 02919 |
| cr | + | Email/Text: kburkley@bernsteinlaw.com | Jan 11 2023 00:05:00 | Duquesne Light Company, c/o Allison Carr, 707 Grant Street, Suite 2200, Pittsburgh, PA 15219-1945 |
| cr | + | Email/Text: nsm_bk_notices@mrcooper.com | Jan 11 2023 00:04:00 | Nationstar Mortgage LLC d/b/a Mr. Cooper, 8950 Cypress Waters Boulevard, Coppell, TX 75019-4620 |
| cr | + | Email/Text: ebnpeoples@grblaw.com | Jan 11 2023 00:04:00 | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| 14750855 | + | Email/Text: bncnotifications@pheaa.org | Jan 11 2023 00:04:00 | AES/NCT, PO Box 61047, Harrisburg, PA 17106-1047 |
| 14750856 | + | Email/Text: BarclaysBankDelaware@tsico.com | Jan 11 2023 00:05:00 | Barclay's Bank Delaware, P.O. Box 8803, Wilmington, DE 19899-8803 |
| 14750858 | | Email/Text: BKelectronicnotices@cenlar.com | Jan 11 2023 00:04:00 | CENLAR, PO Box 77404, Ewing, NJ 08628 |
| 14750857 | | Email/Text: BKelectronicnotices@cenlar.com | Jan 11 2023 00:04:00 | CENLAR, PO Box 77404, Trenton, NJ 08628 |
| 14750862 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Jan 11 2023 00:04:00 | Citizens Bank, 1 Citizens Dr, Riverside, RI 02915 |
| 14763584 | | Email/PDF: bncnotices@becket-lee.com | Jan 11 2023 00:23:11 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14750860 | + | Email/Text: clientservices@credit-control.com | Jan 11 2023 00:05:00 | Central Loan Admin & Reporting, 425 Phillips Blvd, Ewing, NJ 08618-1430 |
| 14750861 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 11 2023 00:10:07 | Citi Cards, PO Box 6241, Sioux Falls, SD 57117-6241 |
| 14750863 | | Email/PDF: creditonebknotifications@resurgent.com | | |

Case 17-25132-CMB   Doc 90   Filed 01/12/23   Entered 01/13/23 00:32:45   Desc Imaged
Certificate of Notice   Page 3 of 5

| District/off: 0315-2 | User: auto | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Jan 10, 2023 | Form ID: pdf900 | Total Noticed: 42 |

| | | | | |
|---|---|---|---|---|
| | | | Jan 11 2023 00:09:49 | Credit One Bank, PO Box 98873, Las Vegas, NV 89193-8873 |
| 14750864 | + | Email/PDF: creditonebknotifications@resurgent.com | | |
| | | | Jan 11 2023 00:09:18 | Credit One Bank NA, PO Box 98872, Las Vegas, NV 89193-8872 |
| 14750865 | | Email/Text: mrdiscen@discover.com | | |
| | | | Jan 11 2023 00:04:00 | Discover Bank, PO Box 15316, Wilmington, DE 19850-5316 |
| 14756340 | | Email/Text: mrdiscen@discover.com | | |
| | | | Jan 11 2023 00:04:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14783977 | + | Email/Text: kburkley@bernsteinlaw.com | | |
| | | | Jan 11 2023 00:05:00 | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant St., Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| 14750868 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | | |
| | | | Jan 11 2023 00:05:00 | Internal Revenue Service, Centralized Insolvency, Operations, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 14750871 | + | Email/Text: PBNCNotifications@peritusservices.com | | |
| | | | Jan 11 2023 00:04:00 | Kohl's, PO Box 2983, Milwaukee, WI 53201-2983 |
| 14750870 | + | Email/Text: PBNCNotifications@peritusservices.com | | |
| | | | Jan 11 2023 00:04:00 | Kohl's, P.O. Box 3043, Milwaukee, WI 53201-3043 |
| 14750872 | + | Email/Text: PBNCNotifications@peritusservices.com | | |
| | | | Jan 11 2023 00:04:00 | Kohls/Capital One, N56 W 17000 Ridgewood Dr, Menomonee Falls, WI 53051-5660 |
| 14750873 | + | Email/Text: PBNCNotifications@peritusservices.com | | |
| | | | Jan 11 2023 00:04:00 | Kohls/Capital One, PO Box 3115, Milwaukee, WI 53201-3115 |
| 14750875 | + | Email/PDF: resurgentbknotifications@resurgent.com | | |
| | | | Jan 11 2023 00:23:09 | LVNV Funding LLC, PO Box 10497, Greenville, SC 29603-0497 |
| 14750876 | + | Email/PDF: resurgentbknotifications@resurgent.com | | |
| | | | Jan 11 2023 00:09:55 | LVNV Funding, LLC, 55 Beattie Place, Suite 110, Greenville, SC 29601-5115 |
| 14787067 | | Email/PDF: resurgentbknotifications@resurgent.com | | |
| | | | Jan 11 2023 00:09:26 | LVNV Funding, LLC its successors and assigns as, assignee of Synchrony Bank, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14750877 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | | |
| | | | Jan 11 2023 00:09:36 | Merrick Bank, PO Box 9201, Old Bethpage, NY 11804-9001 |
| 14750878 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | | |
| | | | Jan 11 2023 00:09:14 | Merrick Bank, 10705 S. Jordan Gateway, Suite 200, South Jordan, UT 84095-3977 |
| 15469426 | + | Email/Text: nsm_bk_notices@mrcooper.com | | |
| | | | Jan 11 2023 00:04:00 | Nationstar Mortgage LLC d/b/a Mr. Cooper, Bankruptcy Department, PO Box 619096, Dallas, TX 75261-9096 |
| 14776542 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | | |
| | | | Jan 11 2023 00:10:06 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14752363 | + | Email/PDF: rmscedi@recoverycorp.com | | |
| | | | Jan 11 2023 00:10:07 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14750879 | + | Email/Text: RVSVCBICNOTICE1@state.pa.us | | |
| | | | Jan 11 2023 00:05:00 | Pennsylvania Dept of Revenue, Bankruptcy/Collection Unit, 10th Floor Strawberry Square, 4th & Walnut Streets, Harrisburg, PA 17128-0001 |
| 14750880 | + | Email/PDF: resurgentbknotifications@resurgent.com | | |
| | | | Jan 11 2023 00:09:56 | Resurgent Capital Services, PO Box 10497, Greenville, SC 29603-0497 |
| 14750881 | + | Email/PDF: gecsedi@recoverycorp.com | | |
| | | | Jan 11 2023 00:09:36 | Synchrony Bank, 170 Election Road, Suite 125, Draper, UT 84020-6425 |

TOTAL: 33

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | LAKEVIEW LOAN SERVICING, LLC |
| cr | | Lakeview Loan Servicing, LLC |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 2 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 12, 2023    Signature:    /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 10, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Andrew L. Spivack | on behalf of Creditor Lakeview Loan Servicing LLC andrew.spivack@brockandscott.com, wbecf@brockandscott.com |
| Brian Nicholas | on behalf of Creditor Lakeview Loan Servicing LLC bnicholas@kmllawgroup.com |
| Brian Nicholas | on behalf of Creditor LAKEVIEW LOAN SERVICING LLC bnicholas@kmllawgroup.com |
| Daniel Philip Jones | on behalf of Creditor Lakeview Loan Servicing LLC djones@sterneisenberg.com, bkecf@sterneisenberg.com |
| Jeffrey R. Hunt | on behalf of Creditor Borough of Crafton jhunt@grblaw.com |
| Jerome B. Blank | on behalf of Creditor Lakeview Loan Servicing LLC jblank@pincuslaw.com |
| Keri P. Ebeck | on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com jbluemle@bernsteinlaw.com |
| Mario J. Hanyon | on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper wbecf@brockandscott.com mario.hanyon@brockandscott.com |
| Mario J. Hanyon | on behalf of Creditor Lakeview Loan Servicing LLC wbecf@brockandscott.com, mario.hanyon@brockandscott.com |
| Mario J. Hanyon | on behalf of Creditor LAKEVIEW LOAN SERVICING LLC wbecf@brockandscott.com, mario.hanyon@brockandscott.com |
| Mark G. Moynihan | on behalf of Debtor Mary E. Blazer mark@moynihanlaw.net moynihan.mark@gmail.com;moynihanmr71581@notify.bestcase.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Robert Davidow | on behalf of Creditor Lakeview Loan Servicing LLC robert.davidow@phelanhallinan.com |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| S. James Wallace | on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com Equitablebankruptcy@peoples-gas.com |

| District/off: 0315-2 | User: auto | Page 4 of 4 |
|---|---|---|
| Date Rcvd: Jan 10, 2023 | Form ID: pdf900 | Total Noticed: 42 |

| | | |
|---|---|---|
| Shawn N. Wright | on behalf of Debtor Mary E. Blazer shawn@shawnwrightlaw.com wrightshawn@hotmail.com;wrightshawn49@gmail.com;wrightshawnecf@gmail.com;molly@shawnwrightlaw.com | |
| Thomas Song | on behalf of Creditor Citizens bank na pawb@fedphe.com | |
| Thomas Song | on behalf of Creditor LAKEVIEW LOAN SERVICING LLC pawb@fedphe.com | |
| Thomas Song | on behalf of Creditor Lakeview Loan Servicing LLC pawb@fedphe.com | |

TOTAL: 19