**Fill in this information to identify the case:**

Debtor 1 __MARY E BLAZER aka Mary Elizabeth Blazer__

Debtor 2 _____
(Spouse, if filing)

United States Bankruptcy Court for the: __Western__ District of __Pennsylvania__

Case number __17-25132-CMB__

---

## Form 4100R
## Response to Notice of Final Cure Payment    10/15

**According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.**

### Part 1: Mortgage Information

**Name of Creditor:** Lakeview Loan Servicing, LLC

**Court claim no. (if known):** 9

**Last 4 digits** of any number you use to identify the debtor's account: 6392

**Property address:**  28 Warren St
Number  Street
*Pittsburgh, PA 15205
City    State    ZIP Code

### Part 2: Prepetition Default Payments

*Check one:*

☒ Creditor agrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim.

☐ Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of this response is:    $ _____

### Part 3: Postpetition Mortgage Payment

*Check one:*

☒ Creditor states that the debtor(s) are current with all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

The next postpetition payment from the debtor(s) is due on: __04/01/2023__
MM/DD/YYYY

☐ Creditor states that the debtor(s) are not current on all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

Creditor asserts that the total amount remaining unpaid as of the date of this response is:

a. Total postpetition ongoing payments due:    (a) $ _____

b. Total fees, charges, expenses, escrow, and costs outstanding:    +(b) $ _____

c. **Total**. Add lines a and b.    (c) $ _____

Creditor asserts that the debtor(s) are contractually obligated for the postpetition payment(s) that first became due on:    _____
MM/DD/YYYY

Debtor 1   MARY E BLAZER aka Mary Elizabeth Blazer           Case number *(if known)* 17-25132-CMB
        First       Middle      Last

## Part 4: Itemized Payment History

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges, expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

- all payments received;
- all fees, costs, escrow, and expenses assessed to the mortgage; and
- all amounts the creditor contends remain unpaid.

## Part 5: Sign Here

**The person completing this response must sign it. The response must be filed as a supplement to the creditor's proof of claim.**

*Check the appropriate box::*

☐ I am the creditor.
☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.**

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.

✘ /s/Mario Hanyon                      Date 03/20/2023
   Signature

Print      Mario Hanyon                             Title    Attorney
         First Name    Middle Name    Last Name

Company   Brock & Scott, PLLC

**If different from the notice address listed on the proof of claim to which this response applies:**

Address     8757 Red Oak Blvd., Suite 150
            Number        Street

             Charlotte, NC 28217
            City                      State      ZIP Code

Contact phone   844-856-6646    Email PABKR@brockandscott.com

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA
*Pittsburgh Division*

| | |
|---|---|
| IN RE: <br> MARY E BLAZER aka Mary Elizabeth Blazer <br><br> Lakeview Loan Servicing, LLC, <br>     Movant <br><br><br><br> vs. <br><br> MARY E BLAZER aka Mary Elizabeth Blazer , <br>     Debtor <br> and <br><br> Ronda J. Winnecour <br>     Respondent | Case No. 17-25132-CMB <br> Chapter 13 <br><br> Hearing Date: TBD <br><br> Hearing Time: TBD <br><br> Objection Date: TBD |

**CERTIFICATE OF SERVICE OF RESPONSE TO NOTICE OF FINAL CURE PAYMENT**

I certify under penalty of perjury that on this day, I served or caused to be served the Response to Notice of Final Cure Payment on the parties at the addresses shown below or on the attached list.

The type(s) of service made on the parties (first-class mail, electronic notification, hand delivery, or another type of service) was:

<u>Via CM/ECF electronic notice:</u>

Mark G. Moynihan, Esq.  
2 Chatham Ctr Ste 230  
Pittsburgh, PA 15219  
*Counsel for Debtor*

Ronda J. Winnecour  
Suite 3250, USX Tower  
600 Grant Street  
Pittsburgh, PA 15219  
*Chapter 13 Trustee*

Office of the United States Trustee  
Liberty Center.  
1001 Liberty Avenue, Suite 970  
Pittsburgh, PA 15222

*US Trustee*

<u>Via First Class Mail</u>:

| | |
|---|---|
| MARY E BLAZER<br>28 WARREN STREET<br>PITTSBURGH, PA 15205<br>*Debtor* | Ronda J. Winnecour<br>Suite 3250, USX Tower<br>600 Grant Street<br>Pittsburgh, PA 15219<br>*Chapter 13 Trustee* |

    If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example, names and addresses of parties served by electronic notice will be listed under the heading "Via CM/ECF electronic notice" and those served by mail will be listed under the heading "Via First Class Mail".

EXECUTED ON: <u>March 20, 2023</u>

                                           <u>*/s/Mario Hanyon*</u>
                                           Andrew Spivack, PA Bar No. 84439
                                           Matt Fissel, PA Bar No. 314567
                                           Mario Hanyon, PA Bar No. 203993
                                           Ryan Starks, PA Bar No. 330002
                                           Jay Jones, PA Bar No. 86657
                                           Attorney for Creditor
                                           BROCK & SCOTT, PLLC
                                           8757 Red Oak Boulevard, Suite 150
                                           Charlotte, NC 28217
                                           Telephone: (844) 856-6646
                                           Facsimile: (704) 369-0760
                                           E-Mail: PABKR@brockandscott.com

**PAWB Local Form 7 (07/13)**