**Form 408**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:

**Mary E. Blazer**
**aka Mary Elizabeth Blazer**
Debtor(s)

Bankruptcy Case No.: 17−25132−CMB

Chapter: 13
Docket No.: 101 − 100

## ORDER SETTING DATE CERTAIN
## FOR RESPONSE AND HEARING ON MOTION

**AND NOW,** this The 28th of March, 2023, a Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements having been filed by the Chapter 13 Trustee in the above−captioned proceeding,

**IT IS HEREBY ORDERED THAT:**

1. **Any Response,** including a consent to the Motion, **shall be filed with the Clerk's Office, 5414 U.S. Steel Tower 600 Grant Street Pittsburgh, PA 15219 by 5/12/23.** Any response should be served on the Moving Party, their counsel, and the Chapter 13 Trustee.

2. Said Motion is scheduled for hearing on **6/14/23 at 02:30 PM at https://www.zoomgov.com/j/, Meeting ID: 161 4380 0191** at which time the parties and/or their counsel shall appear and the Court will dispose of the Motion. To join the Zoom Hearing, please initiate by using the following link 15 minutes prior to your scheduled hearing time: https://www.zoomgov.com/j/16143800191, or alternatively, attend by using the following Meeting ID: 161 4380 0191. ALL HEARING PARTICIPANTS ARE REQUIRED TO REVIEW AND COMPLY WITH THE ZOOM PROCEDURES, which can be found at: https://www.pawb.uscourts.gov/sites/default/files/pdfs/cmb−proc−videohrg.pdf.

3. If service was properly made and Respondent(s) fail to file a Response by the above−specified date, the Court **may** determine after review of the Motion that no hearing is required and accordingly enter the Order by default.

    **TO DETERMINE IF A DEFAULT ORDER HAS BEEN SIGNED, THE PARTIES ARE DIRECTED TO THE WEB SITE OF THE U.S. BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA AT www.pawb.uscourts.gov ONE DAY PRIOR TO THE SCHEDULED HEARING DATE. REFER TO THE CALENDAR SECTION TO VIEW THE CALENDAR FOR JUDGE Carlota M Bohm.**

    In the event a default order has been signed, the **Moving Party** shall thereafter advise all affected parties. If a default order has not been signed, the parties will be **required** to appear in Court at the hearing on the above date and time.

4. A **maximum** of 10 minutes has been allotted to hear this matter. Should this matter require more than 10 minutes, the parties are required to so notify the Courtroom Deputy **immediately**.

5. If applicable, **Debtor(s) SHALL FILE a Certification Of Discharge Eligibility**, pursuant to 11 U.S.C. Section 1328, on or before **5/12/23.**

Carlota M Bohm
United States Bankruptcy Judge

cm: **All Parties**

United States Bankruptcy Court

Western District of Pennsylvania

In re:     Case No. 17-25132-CMB

Mary E. Blazer     Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2     User: auto     Page 1 of 4

Date Rcvd: Mar 28, 2023     Form ID: 408v     Total Noticed: 42

The following symbols are used throughout this certificate:
**Symbol   Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 30, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Mary E. Blazer, 28 Warren Street, Pittsburgh, PA 15205-3035 |
| cr | + | Borough of Crafton, Goehring, Rutter, and Boehm, 437 Grant Street, 14th Floor, Frick Building, Pittsburgh, PA 15219 UNITED STATES 15219-6101 |
| 14771016 | + | Borough of Crafton, Goehring, Rutter & Boehm, c/o Jeffrey R. Hunt, Esquire, 437 Grant Street, 14th Floor, Frick Building Pittsburgh, PA 15219-6101 |
| 14750859 | + | CENLAR, PO Box 77423, Ewing, NJ 08628-7423 |
| 14750866 | + | First Savings Bank/Blaze, 5501 S Broadband Ln, Sioux Falls, SD 57108-2253 |
| 14750867 | + | First Savings Credit Card, PO Box 85620, Sioux Falls, SD 57118-5620 |
| 14750869 | + | Jennifer Carlson, 23 White Ave, Pittsburgh, PA 15205-2817 |
| 14788564 | + | LAKEVIEW LOAN SERVICING, LLC, CENLAR FSB, ATTN: BK DEPARTMENT, 425 PHILLIPS BLVD., EWING NJ 08618-1430 |
| 14750874 | + | Law Offices of Patenaude & Felix, A.P.C., 501 Corporate Drive, Southpointe, Suite 205, Canonsburg, PA 15317-8584 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | | Email/Text: Bankruptcy.RI@Citizensbank.com | Mar 28 2023 23:40:00 | Citizens bank na, One Citizens Bank Way JCA 115, Johnston, RI 02919 |
| cr | + | Email/Text: kburkley@bernsteinlaw.com | Mar 28 2023 23:46:00 | Duquesne Light Company, c/o Allison Carr, 707 Grant Street, Suite 2200, Pittsburgh, PA 15219-1945 |
| cr | + | Email/Text: nsm_bk_notices@mrcooper.com | Mar 28 2023 23:40:00 | Nationstar Mortgage LLC d/b/a Mr. Cooper, 8950 Cypress Waters Boulevard, Coppell, TX 75019-4620 |
| cr | + | Email/Text: ebnpeoples@grblaw.com | Mar 28 2023 23:40:00 | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| 14750855 | + | Email/Text: bncnotifications@pheaa.org | Mar 28 2023 23:40:00 | AES/NCT, PO Box 61047, Harrisburg, PA 17106-1047 |
| 14750856 | + | Email/Text: BarclaysBankDelaware@tsico.com | Mar 28 2023 23:40:00 | Barclay's Bank Delaware, P.O. Box 8803, Wilmington, DE 19899-8803 |
| 14750858 | | Email/Text: BKelectronicnotices@cenlar.com | Mar 28 2023 23:40:00 | CENLAR, PO Box 77404, Ewing, NJ 08628 |
| 14750857 | | Email/Text: BKelectronicnotices@cenlar.com | Mar 28 2023 23:40:00 | CENLAR, PO Box 77404, Trenton, NJ 08628 |
| 14750862 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Mar 28 2023 23:40:00 | Citizens Bank, 1 Citizens Dr, Riverside, RI 02915 |
| 14763584 | | Email/PDF: bncnotices@becket-lee.com | Mar 29 2023 00:03:35 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14750860 | + | Email/Text: clientservices@credit-control.com | Mar 28 2023 23:46:00 | Central Loan Admin & Reporting, 425 Phillips Blvd, Ewing, NJ 08618-1430 |
| 14750861 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 28 2023 23:48:51 | Citi Cards, PO Box 6241, Sioux Falls, SD 57117-6241 |
| 14750863 | | Email/PDF: creditonebknotifications@resurgent.com | | |

| District/off: 0315-2 | User: auto | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Mar 28, 2023 | Form ID: 408v | Total Noticed: 42 |

| | | | |
|---|---|---|---|
| 14750864 | + Email/PDF: creditonebknotifications@resurgent.com | Mar 28 2023 23:48:58 | Credit One Bank, PO Box 98873, Las Vegas, NV 89193-8873 |
| | | Mar 28 2023 23:48:50 | Credit One Bank NA, PO Box 98872, Las Vegas, NV 89193-8872 |
| 14750865 | Email/Text: mrdiscen@discover.com | Mar 28 2023 23:40:00 | Discover Bank, PO Box 15316, Wilmington, DE 19850-5316 |
| 14756340 | Email/Text: mrdiscen@discover.com | Mar 28 2023 23:40:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14783977 | + Email/Text: kburkley@bernsteinlaw.com | Mar 28 2023 23:46:00 | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant St., Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| 14750868 | + Email/Text: sbse.cio.bnc.mail@irs.gov | Mar 28 2023 23:40:00 | Internal Revenue Service, Centralized Insolvency, Operations, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 14750871 | + Email/Text: PBNCNotifications@peritusservices.com | Mar 28 2023 23:40:00 | Kohl's, PO Box 2983, Milwaukee, WI 53201-2983 |
| 14750870 | + Email/Text: PBNCNotifications@peritusservices.com | Mar 28 2023 23:40:00 | Kohl's, P.O. Box 3043, Milwaukee, WI 53201-3043 |
| 14750872 | + Email/Text: PBNCNotifications@peritusservices.com | Mar 28 2023 23:40:00 | Kohls/Capital One, N56 W 17000 Ridgewood Dr, Menomonee Falls, WI 53051-5660 |
| 14750873 | + Email/Text: PBNCNotifications@peritusservices.com | Mar 28 2023 23:40:00 | Kohls/Capital One, PO Box 3115, Milwaukee, WI 53201-3115 |
| 14750875 | + Email/PDF: resurgentbknotifications@resurgent.com | Mar 28 2023 23:48:43 | LVNV Funding LLC, PO Box 10497, Greenville, SC 29603-0497 |
| 14750876 | + Email/PDF: resurgentbknotifications@resurgent.com | Mar 28 2023 23:48:43 | LVNV Funding, LLC, 55 Beattie Place, Suite 110, Greenville, SC 29601-5115 |
| 14787067 | Email/PDF: resurgentbknotifications@resurgent.com | Mar 28 2023 23:48:43 | LVNV Funding, LLC its successors and assigns as, assignee of Synchrony Bank, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14750877 | + Email/PDF: MerrickBKNotifications@Resurgent.com | Mar 28 2023 23:48:42 | Merrick Bank, PO Box 9201, Old Bethpage, NY 11804-9001 |
| 14750878 | + Email/PDF: MerrickBKNotifications@Resurgent.com | Mar 28 2023 23:48:48 | Merrick Bank, 10705 S. Jordan Gateway, Suite 200, South Jordan, UT 84095-3977 |
| 15469426 | + Email/Text: nsm_bk_notices@mrcooper.com | Mar 28 2023 23:40:00 | Nationstar Mortgage LLC d/b/a Mr. Cooper, Bankruptcy Department, PO Box 619096, Dallas, TX 75261-9096 |
| 14776542 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 28 2023 23:48:58 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14752363 | + Email/PDF: rmscedi@recoverycorp.com | Mar 28 2023 23:48:43 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14750879 | + Email/Text: RVSVCBICNOTICE1@state.pa.us | Mar 28 2023 23:41:00 | Pennsylvania Dept of Revenue, Bankruptcy/Collection Unit, 10th Floor Strawberry Square, 4th & Walnut Streets, Harrisburg, PA 17128-0001 |
| 14750880 | + Email/PDF: resurgentbknotifications@resurgent.com | Mar 28 2023 23:48:43 | Resurgent Capital Services, PO Box 10497, Greenville, SC 29603-0497 |
| 14750881 | + Email/PDF: gecsedi@recoverycorp.com | Mar 28 2023 23:48:42 | Synchrony Bank, 170 Election Road, Suite 125, Draper, UT 84020-6425 |

TOTAL: 33

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| | | | |
|---|---|---|---|
| District/off: 0315-2 | User: auto | | Page 3 of 4 |
| Date Rcvd: Mar 28, 2023 | Form ID: 408v | | Total Noticed: 42 |

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | LAKEVIEW LOAN SERVICING, LLC |
| cr | | Lakeview Loan Servicing, LLC |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 2 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 30, 2023        Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 28, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Andrew L. Spivack | on behalf of Creditor Lakeview Loan Servicing LLC andrew.spivack@brockandscott.com, wbecf@brockandscott.com |
| Brian Nicholas | on behalf of Creditor Lakeview Loan Servicing LLC bnicholas@kmllawgroup.com |
| Brian Nicholas | on behalf of Creditor LAKEVIEW LOAN SERVICING LLC bnicholas@kmllawgroup.com |
| Daniel Philip Jones | on behalf of Creditor Lakeview Loan Servicing LLC djones@sterneisenberg.com, bkecf@sterneisenberg.com |
| Jeffrey R. Hunt | on behalf of Creditor Borough of Crafton jhunt@grblaw.com |
| Jerome B. Blank | on behalf of Creditor Lakeview Loan Servicing LLC jblank@pincuslaw.com |
| Keri P. Ebeck | on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com jbluemle@bernsteinlaw.com |
| Mario J. Hanyon | on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper wbecf@brockandscott.com mario.hanyon@brockandscott.com |
| Mario J. Hanyon | on behalf of Creditor Lakeview Loan Servicing LLC wbecf@brockandscott.com, mario.hanyon@brockandscott.com |
| Mario J. Hanyon | on behalf of Creditor LAKEVIEW LOAN SERVICING LLC wbecf@brockandscott.com, mario.hanyon@brockandscott.com |
| Mark G. Moynihan | on behalf of Debtor Mary E. Blazer mark@moynihanlaw.net moynihan.mark@gmail.com;moynihanmr71581@notify.bestcase.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Robert Davidow | on behalf of Creditor Lakeview Loan Servicing LLC robert.davidow@phelanhallinan.com |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| S. James Wallace | on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com Equitablebankruptcy@peoples-gas.com |

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 4 of 4 |
| Date Rcvd: Mar 28, 2023 | Form ID: 408v | Total Noticed: 42 |

Shawn N. Wright
    on behalf of Debtor Mary E. Blazer shawn@shawnwrightlaw.com
    wrightshawn@hotmail.com;wrightshawn49@gmail.com;wrightshawnecf@gmail.com;molly@shawnwrightlaw.com

Thomas Song
    on behalf of Creditor Citizens bank na pawb@fedphe.com

Thomas Song
    on behalf of Creditor LAKEVIEW LOAN SERVICING  LLC pawb@fedphe.com

Thomas Song
    on behalf of Creditor Lakeview Loan Servicing  LLC pawb@fedphe.com

TOTAL: 19