**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: | |
| MARY E. BLAZER | Case No.:17-25132 |
| Debtor(s) | Chapter 13 |
| Ronda J. Winnecour<br>Chapter 13 Trustee,<br>    Movant<br>    vs.<br>No Respondents. | Document No.: |

**CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR
AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

1. The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

2. The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

3. Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

4. After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report"). Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

**Wherefore**, the Trustee requests that the Court,

1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code,
2. Approve the Trustee's Report of Receipts and Disbursements,
3. Terminate wage attachments,
4. Revest property of the estate in the debtor(s), and
5. Enter a final decree and close this case.

March 28, 2023

/s/  Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 12/28/2017 and confirmed on 2/9/18 . The case was subsequently Completed After Confirmation

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 80,668.69 |
| Less Refunds to Debtor | 1,823.58 | |
| TOTAL AMOUNT OF PLAN FUND | | 78,845.11 |
| Administrative Fees | | |
|   Filing Fee | 0.00 | |
|   Notice Fee | 0.00 | |
|   Attorney Fee | 3,300.00 | |
|   Trustee Fee | 3,657.90 | |
|   Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 6,957.90 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   LAKEVIEW LOAN SERVICING LLC | 0.00 | 52,427.82 | 0.00 | 52,427.82 |
|     Acct: 6392 | | | | |
|   CITIZENS BANK NA | 0.00 | 4,650.00 | 0.00 | 4,650.00 |
|     Acct: 7763 | | | | |
|   BORO OF CRAFTON-SEWAGE FEES | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: S356 | | | | |
| | | | | 57,077.82 |
| **Priority** | | | | |
|   SHAWN N WRIGHT ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   MARY E. BLAZER | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   MARY E. BLAZER | 628.33 | 628.33 | 0.00 | 0.00 |
|     Acct: | | | | |
|   MARY E. BLAZER | 1,195.25 | 1,195.25 | 0.00 | 0.00 |
|     Acct: | | | | |
|   MOYNIHAN LAW PC | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   MARK G MOYNIHAN ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   MARK G MOYNIHAN ESQ | 3,300.00 | 3,300.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   INTERNAL REVENUE SERVICE* | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   PA DEPARTMENT OF REVENUE* | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   LAKEVIEW LOAN SERVICING LLC | 650.00 | 650.00 | 0.00 | 650.00 |
|     Acct: 6392 | | | | |
| | | | | 650.00 |
| **Unsecured** | | | | |
|   AES (AMERICAN EDUCATION SRVCS) | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 0001 | | | | |
|   PORTFOLIO RECOVERY ASSOCIATES, LL | 5,459.09 | 5,459.09 | 0.00 | 5,459.09 |

| Creditor Type    Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Unsecured | | | | |
| Acct: 6089 | | | | |
|    CITIBANK NA** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0297 | | | | |
|    CREDIT ONE BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 5225 | | | | |
|    DISCOVER BANK(*) | 1,931.37 | 1,931.37 | 0.00 | 1,931.37 |
| Acct: 2781 | | | | |
|    DISCOVER BANK(*) | 975.69 | 975.69 | 0.00 | 975.69 |
| Acct: 9127 | | | | |
|    FIRST SAVINGS BANK++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 1512 | | | | |
|    CAPITAL ONE NA** | 1,047.31 | 1,047.31 | 0.00 | 1,047.31 |
| Acct: 6795 | | | | |
|    LVNV FUNDING LLC, ASSIGNEE | 4,391.15 | 4,391.15 | 0.00 | 4,391.15 |
| Acct: 1870 | | | | |
|    MERRICK BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 2797 | | | | |
|    SYNCHRONY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 5103 | | | | |
|    DUQUESNE LIGHT COMPANY(*) | 354.78 | 354.78 | 0.00 | 354.78 |
| Acct: 6570 | | | | |
|    SYNCHRONY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 5103 | | | | |
|    PEOPLES NATURAL GAS CO LLC* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
|    CENLAR-LOAN ADMINISTRATION(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
|    JENNIFER CARLSON | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
|    PHELAN HALLINAN DIAMOND & JONES Ll | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
|    BRIAN C NICHOLAS ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
|    STERN & EISENBERG LP | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
|    BROCK & SCOTT PLLC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
|    PATENAUDE AND FELIX APC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| | | | | 14,159.39 |

| | | |
|---|---|---:|
| **TOTAL PAID TO CREDITORS** | | 71,887.21 |

TOTAL CLAIMED
  PRIORITY            650.00
  SECURED              0.00
  UNSECURED     14,159.39


Date: 03/28/2023

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

IN RE:
   MARY E. BLAZER

        Debtor(s)

   Ronda J. Winnecour
        Movant
       vs.
   No Repondents.

Case No.:17-25132

Chapter 13

Document No.:

ORDER OF COURT

  AND NOW, this _____day of _____, 20\_\_\_\_, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

  (1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

  (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

  (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

  (4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

  (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

  (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____
U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

In re: Case No. 17-25132-CMB
Mary E. Blazer Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2 User: auto Page 1 of 4
Date Rcvd: Mar 28, 2023 Form ID: pdf900 Total Noticed: 42

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 30, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Mary E. Blazer, 28 Warren Street, Pittsburgh, PA 15205-3035 |
| cr | + | Borough of Crafton, Goehring, Rutter, and Boehm, 437 Grant Street, 14th Floor, Frick Building, Pittsburgh, PA 15219 UNITED STATES 15219-6101 |
| 14771016 | + | Borough of Crafton, Goehring, Rutter & Boehm, c/o Jeffrey R. Hunt, Esquire, 437 Grant Street, 14th Floor, Frick Building Pittsburgh, PA 15219-6101 |
| 14750859 | + | CENLAR, PO Box 77423, Ewing, NJ 08628-7423 |
| 14750866 | + | First Savings Bank/Blaze, 5501 S Broadband Ln, Sioux Falls, SD 57108-2253 |
| 14750867 | + | First Savings Credit Card, PO Box 85620, Sioux Falls, SD 57118-5620 |
| 14750869 | + | Jennifer Carlson, 23 White Ave, Pittsburgh, PA 15205-2817 |
| 14788564 | + | LAKEVIEW LOAN SERVICING, LLC, CENLAR FSB, ATTN: BK DEPARTMENT, 425 PHILLIPS BLVD., EWING NJ 08618-1430 |
| 14750874 | + | Law Offices of Patenaude & Felix, A.P.C., 501 Corporate Drive, Southpointe, Suite 205, Canonsburg, PA 15317-8584 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | | Email/Text: Bankruptcy.RI@Citizensbank.com | Mar 28 2023 23:40:00 | Citizens bank na, One Citizens Bank Way JCA 115, Johnston, RI 02919 |
| cr | + | Email/Text: kburkley@bernsteinlaw.com | Mar 28 2023 23:46:00 | Duquesne Light Company, c/o Allison Carr, 707 Grant Street, Suite 2200, Pittsburgh, PA 15219-1945 |
| cr | + | Email/Text: nsm_bk_notices@mrcooper.com | Mar 28 2023 23:40:00 | Nationstar Mortgage LLC d/b/a Mr. Cooper, 8950 Cypress Waters Boulevard, Coppell, TX 75019-4620 |
| cr | + | Email/Text: ebnpeoples@grblaw.com | Mar 28 2023 23:40:00 | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| 14750855 | + | Email/Text: bncnotifications@pheaa.org | Mar 28 2023 23:40:00 | AES/NCT, PO Box 61047, Harrisburg, PA 17106-1047 |
| 14750856 | + | Email/Text: BarclaysBankDelaware@tsico.com | Mar 28 2023 23:40:00 | Barclay's Bank Delaware, P.O. Box 8803, Wilmington, DE 19899-8803 |
| 14750858 | | Email/Text: BKelectronicnotices@cenlar.com | Mar 28 2023 23:40:00 | CENLAR, PO Box 77404, Ewing, NJ 08628 |
| 14750857 | | Email/Text: BKelectronicnotices@cenlar.com | Mar 28 2023 23:40:00 | CENLAR, PO Box 77404, Trenton, NJ 08628 |
| 14750862 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Mar 28 2023 23:40:00 | Citizens Bank, 1 Citizens Dr, Riverside, RI 02915 |
| 14763584 | | Email/PDF: bncnotices@becket-lee.com | Mar 29 2023 00:03:35 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14750860 | + | Email/Text: clientservices@credit-control.com | Mar 28 2023 23:46:00 | Central Loan Admin & Reporting, 425 Phillips Blvd, Ewing, NJ 08618-1430 |
| 14750861 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 28 2023 23:48:51 | Citi Cards, PO Box 6241, Sioux Falls, SD 57117-6241 |
| 14750863 | | Email/PDF: creditonebknotifications@resurgent.com | | |

| District/off: 0315-2 | User: auto | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Mar 28, 2023 | Form ID: pdf900 | Total Noticed: 42 |

| | | Mar 28 2023 23:48:49 | Credit One Bank, PO Box 98873, Las Vegas, NV 89193-8873 |
|---|---|---|---|
| 14750864 | + Email/PDF: creditonebknotifications@resurgent.com | Mar 28 2023 23:48:57 | Credit One Bank NA, PO Box 98872, Las Vegas, NV 89193-8872 |
| 14750865 | Email/Text: mrdiscen@discover.com | Mar 28 2023 23:40:00 | Discover Bank, PO Box 15316, Wilmington, DE 19850-5316 |
| 14756340 | Email/Text: mrdiscen@discover.com | Mar 28 2023 23:40:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14783977 | + Email/Text: kburkley@bernsteinlaw.com | Mar 28 2023 23:46:00 | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant St., Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| 14750868 | + Email/Text: sbse.cio.bnc.mail@irs.gov | Mar 28 2023 23:40:00 | Internal Revenue Service, Centralized Insolvency, Operations, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 14750871 | + Email/Text: PBNCNotifications@peritusservices.com | Mar 28 2023 23:40:00 | Kohl's, PO Box 2983, Milwaukee, WI 53201-2983 |
| 14750870 | + Email/Text: PBNCNotifications@peritusservices.com | Mar 28 2023 23:40:00 | Kohl's, P.O. Box 3043, Milwaukee, WI 53201-3043 |
| 14750872 | + Email/Text: PBNCNotifications@peritusservices.com | Mar 28 2023 23:40:00 | Kohls/Capital One, N56 W 17000 Ridgewood Dr, Menomonee Falls, WI 53051-5660 |
| 14750873 | + Email/Text: PBNCNotifications@peritusservices.com | Mar 28 2023 23:40:00 | Kohls/Capital One, PO Box 3115, Milwaukee, WI 53201-3115 |
| 14750875 | + Email/PDF: resurgentbknotifications@resurgent.com | Mar 28 2023 23:48:43 | LVNV Funding LLC, PO Box 10497, Greenville, SC 29603-0497 |
| 14750876 | + Email/PDF: resurgentbknotifications@resurgent.com | Mar 28 2023 23:48:51 | LVNV Funding, LLC, 55 Beattie Place, Suite 110, Greenville, SC 29601-5115 |
| 14787067 | Email/PDF: resurgentbknotifications@resurgent.com | Mar 28 2023 23:48:44 | LVNV Funding, LLC its successors and assigns as, assignee of Synchrony Bank, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14750877 | + Email/PDF: MerrickBKNotifications@Resurgent.com | Mar 28 2023 23:48:48 | Merrick Bank, PO Box 9201, Old Bethpage, NY 11804-9001 |
| 14750878 | + Email/PDF: MerrickBKNotifications@Resurgent.com | Mar 28 2023 23:48:42 | Merrick Bank, 10705 S. Jordan Gateway, Suite 200, South Jordan, UT 84095-3977 |
| 15469426 | + Email/Text: nsm_bk_notices@mrcooper.com | Mar 28 2023 23:40:00 | Nationstar Mortgage LLC d/b/a Mr. Cooper, Bankruptcy Department, PO Box 619096, Dallas, TX 75261-9096 |
| 14776542 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 28 2023 23:48:58 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14752363 | + Email/PDF: rmscedi@recoverycorp.com | Mar 28 2023 23:48:50 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14750879 | + Email/Text: RVSVCBICNOTICE1@state.pa.us | Mar 28 2023 23:41:00 | Pennsylvania Dept of Revenue, Bankruptcy/Collection Unit, 10th Floor Strawberry Square, 4th & Walnut Streets, Harrisburg, PA 17128-0001 |
| 14750880 | + Email/PDF: resurgentbknotifications@resurgent.com | Mar 28 2023 23:48:44 | Resurgent Capital Services, PO Box 10497, Greenville, SC 29603-0497 |
| 14750881 | + Email/PDF: gecsedi@recoverycorp.com | Mar 28 2023 23:48:48 | Synchrony Bank, 170 Election Road, Suite 125, Draper, UT 84020-6425 |

TOTAL: 33

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| District/off: 0315-2 | User: auto | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Mar 28, 2023 | Form ID: pdf900 | Total Noticed: 42 |

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | LAKEVIEW LOAN SERVICING, LLC |
| cr | | Lakeview Loan Servicing, LLC |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 2 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 30, 2023        Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 28, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Andrew L. Spivack | on behalf of Creditor Lakeview Loan Servicing  LLC andrew.spivack@brockandscott.com, wbecf@brockandscott.com |
| Brian Nicholas | on behalf of Creditor Lakeview Loan Servicing  LLC bnicholas@kmllawgroup.com |
| Brian Nicholas | on behalf of Creditor LAKEVIEW LOAN SERVICING  LLC bnicholas@kmllawgroup.com |
| Daniel Philip Jones | on behalf of Creditor Lakeview Loan Servicing  LLC djones@sterneisenberg.com, bkecf@sterneisenberg.com |
| Jeffrey R. Hunt | on behalf of Creditor Borough of Crafton jhunt@grblaw.com |
| Jerome B. Blank | on behalf of Creditor Lakeview Loan Servicing  LLC jblank@pincuslaw.com |
| Keri P. Ebeck | on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com  jbluemle@bernsteinlaw.com |
| Mario J. Hanyon | on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper wbecf@brockandscott.com  mario.hanyon@brockandscott.com |
| Mario J. Hanyon | on behalf of Creditor Lakeview Loan Servicing  LLC wbecf@brockandscott.com, mario.hanyon@brockandscott.com |
| Mario J. Hanyon | on behalf of Creditor LAKEVIEW LOAN SERVICING  LLC wbecf@brockandscott.com, mario.hanyon@brockandscott.com |
| Mark G. Moynihan | on behalf of Debtor Mary E. Blazer mark@moynihanlaw.net moynihan.mark@gmail.com;moynihanmr71581@notify.bestcase.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Robert Davidow | on behalf of Creditor Lakeview Loan Servicing  LLC robert.davidow@phelanhallinan.com |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| S. James Wallace | on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  Equitablebankruptcy@peoples-gas.com |

District/off: 0315-2      User: auto      Page 4 of 4
Date Rcvd: Mar 28, 2023      Form ID: pdf900      Total Noticed: 42

| | |
|---|---|
| Shawn N. Wright | on behalf of Debtor Mary E. Blazer shawn@shawnwrightlaw.com wrightshawn@hotmail.com;wrightshawn49@gmail.com;wrightshawnecf@gmail.com;molly@shawnwrightlaw.com |
| Thomas Song | on behalf of Creditor Citizens bank na pawb@fedphe.com |
| Thomas Song | on behalf of Creditor LAKEVIEW LOAN SERVICING  LLC pawb@fedphe.com |
| Thomas Song | on behalf of Creditor Lakeview Loan Servicing  LLC pawb@fedphe.com |

TOTAL: 19