**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Mary E. Blazer | Social Security number or ITIN   xxx–xx–9553 |
| | First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN  _ _ _ _ |
| | | EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | WESTERN DISTRICT OF PENNSYLVANIA | |
| Case number: | 17–25132–CMB | |

## Order of Discharge

12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Mary E. Blazer
aka Mary Elizabeth Blazer

5/15/23

**By the court:** <u>Carlota M Bohm</u>
United States Bankruptcy Judge

## Explanation of Bankruptcy Discharge in a Chapter 13 Case

This order does not close or dismiss the case.

### Creditors cannot collect discharged debts

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

### Most debts are discharged

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

### Some debts are not discharged

Examples of debts that are not discharged are:

- ◆ debts that are domestic support obligations;

- ◆ debts for most student loans;

- ◆ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

Form 3180W                    **Chapter 13 Discharge**                    page 1

♦ debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

♦ debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

♦ some debts which the debtors did not properly list;

♦ debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

♦ debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

♦ debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

♦ debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

Form 3180W                    **Chapter 13 Discharge**

United States Bankruptcy Court

Western District of Pennsylvania

In re:

Mary E. Blazer

    Debtor

Case No. 17-25132-CMB

Chapter 13

# CERTIFICATE OF NOTICE

| District/off: 0315-2 | User: auto | Page 1 of 4 |
|---|---|---|
| Date Rcvd: May 15, 2023 | Form ID: 3180W | Total Noticed: 44 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 17, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Mary E. Blazer, 28 Warren Street, Pittsburgh, PA 15205-3035 |
| cr | + | Borough of Crafton, Goehring, Rutter, and Boehm, 437 Grant Street, 14th Floor, Frick Building, Pittsburgh, PA 15219 UNITED STATES 15219-6101 |
| 14771016 | + | Borough of Crafton, Goehring, Rutter & Boehm, c/o Jeffrey R. Hunt, Esquire, 437 Grant Street, 14th Floor, Frick Building Pittsburgh, PA 15219-6101 |
| 14750859 | + | CENLAR, PO Box 77423, Ewing, NJ 08628-7423 |
| 14750866 | + | First Savings Bank/Blaze, 5501 S Broadband Ln, Sioux Falls, SD 57108-2253 |
| 14750867 | + | First Savings Credit Card, PO Box 85620, Sioux Falls, SD 57118-5620 |
| 14750869 | + | Jennifer Carlson, 23 White Ave, Pittsburgh, PA 15205-2817 |
| 14788564 | + | LAKEVIEW LOAN SERVICING, LLC, CENLAR FSB, ATTN: BK DEPARTMENT, 425 PHILLIPS BLVD., EWING NJ 08618-1430 |
| 14750874 | + | Law Offices of Patenaude & Felix, A.P.C., 501 Corporate Drive, Southpointe, Suite 205, Canonsburg, PA 15317-8584 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | EDI: PENNDEPTREV | May 16 2023 03:51:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | May 16 2023 00:01:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | EDI: PENNDEPTREV | May 16 2023 03:51:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | May 16 2023 00:01:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| cr | | Email/Text: Bankruptcy.RI@Citizensbank.com | May 16 2023 00:00:00 | Citizens bank na, One Citizens Bank Way JCA 115, Johnston, RI 02919 |
| cr | + | Email/Text: kburkley@bernsteinlaw.com | May 16 2023 00:02:00 | Duquesne Light Company, c/o Allison Carr, 707 Grant Street, Suite 2200, Pittsburgh, PA 15219-1945 |
| cr | + | Email/Text: nsm_bk_notices@mrcooper.com | May 16 2023 00:01:00 | Nationstar Mortgage LLC d/b/a Mr. Cooper, 8950 Cypress Waters Boulevard, Coppell, TX 75019-4620 |
| cr | + | Email/Text: ebnpeoples@grblaw.com | May 16 2023 00:01:00 | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| 14750855 | + | Email/Text: bncnotifications@pheaa.org | May 16 2023 00:01:00 | AES/NCT, PO Box 61047, Harrisburg, PA 17106-1047 |
| 14750856 | + | EDI: TSYS2 | May 16 2023 03:51:00 | Barclay's Bank Delaware, P.O. Box 8803, |

District/off: 0315-2        User: auto        Page 2 of 4

Date Rcvd: May 15, 2023        Form ID: 3180W        Total Noticed: 44

| | | | |
|---|---|---|---|
| | | | Wilmington, DE 19899-8803 |
| 14750858 | | Email/Text: BKelectronicnotices@cenlar.com | |
| | | May 16 2023 00:01:00 | CENLAR, PO Box 77404, Ewing, NJ 08628 |
| 14750857 | | Email/Text: BKelectronicnotices@cenlar.com | |
| | | May 16 2023 00:01:00 | CENLAR, PO Box 77404, Trenton, NJ 08628 |
| 14750862 | | Email/Text: Bankruptcy.RI@Citizensbank.com | |
| | | May 16 2023 00:00:00 | Citizens Bank, 1 Citizens Dr, Riverside, RI 02915 |
| 14763584 | | Email/PDF: bncnotices@becket-lee.com | |
| | | May 16 2023 00:28:56 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14750860 | + | Email/Text: clientservices@credit-control.com | |
| | | May 16 2023 00:01:00 | Central Loan Admin & Reporting, 425 Phillips Blvd, Ewing, NJ 08618-1430 |
| 14750861 | | EDI: CITICORP.COM | |
| | | May 16 2023 03:51:00 | Citi Cards, PO Box 6241, Sioux Falls, SD 57117-6241 |
| 14750863 | | Email/PDF: creditonebknotifications@resurgent.com | |
| | | May 16 2023 00:03:35 | Credit One Bank, PO Box 98873, Las Vegas, NV 89193-8873 |
| 14750864 | + | Email/PDF: creditonebknotifications@resurgent.com | |
| | | May 16 2023 00:02:53 | Credit One Bank NA, PO Box 98872, Las Vegas, NV 89193-8872 |
| 14750865 | | EDI: DISCOVER.COM | |
| | | May 16 2023 03:51:00 | Discover Bank, PO Box 15316, Wilmington, DE 19850-5316 |
| 14756340 | | EDI: DISCOVER.COM | |
| | | May 16 2023 03:51:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14783977 | + | Email/Text: kburkley@bernsteinlaw.com | |
| | | May 16 2023 00:02:00 | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant St., Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| 14750868 | + | EDI: IRS.COM | |
| | | May 16 2023 03:51:00 | Internal Revenue Service, Centralized Insolvency, Operations, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 14750871 | + | Email/Text: PBNCNotifications@peritusservices.com | |
| | | May 16 2023 00:00:00 | Kohl's, PO Box 2983, Milwaukee, WI 53201-2983 |
| 14750870 | + | Email/Text: PBNCNotifications@peritusservices.com | |
| | | May 16 2023 00:00:00 | Kohl's, P.O. Box 3043, Milwaukee, WI 53201-3043 |
| 14750872 | + | Email/Text: PBNCNotifications@peritusservices.com | |
| | | May 16 2023 00:00:00 | Kohls/Capital One, N56 W 17000 Ridgewood Dr, Menomonee Falls, WI 53051-5660 |
| 14750873 | + | Email/Text: PBNCNotifications@peritusservices.com | |
| | | May 16 2023 00:00:00 | Kohls/Capital One, PO Box 3115, Milwaukee, WI 53201-3115 |
| 14750875 | + | Email/PDF: resurgentbknotifications@resurgent.com | |
| | | May 16 2023 00:14:37 | LVNV Funding LLC, PO Box 10497, Greenville, SC 29603-0497 |
| 14750876 | + | Email/PDF: resurgentbknotifications@resurgent.com | |
| | | May 16 2023 00:14:36 | LVNV Funding, LLC, 55 Beattie Place, Suite 110, Greenville, SC 29601-5115 |
| 14787067 | | Email/PDF: resurgentbknotifications@resurgent.com | |
| | | May 16 2023 00:14:36 | LVNV Funding, LLC its successors and assigns as, assignee of Synchrony Bank, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14750877 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | |
| | | May 16 2023 00:02:47 | Merrick Bank, PO Box 9201, Old Bethpage, NY 11804-9001 |
| 14750878 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | |
| | | May 16 2023 00:03:26 | Merrick Bank, 10705 S. Jordan Gateway, Suite 200, South Jordan, UT 84095-3977 |
| 15469426 | + | Email/Text: nsm_bk_notices@mrcooper.com | |
| | | May 16 2023 00:01:00 | Nationstar Mortgage LLC d/b/a Mr. Cooper, Bankruptcy Department, PO Box 619096, Dallas, TX 75261-9096 |
| 14776542 | | EDI: PRA.COM | |
| | | May 16 2023 03:51:00 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14752363 | + | EDI: RECOVERYCORP.COM | |
| | | May 16 2023 03:51:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14750879 | + | EDI: PENNDEPTREV | |

District/off: 0315-2                    User: auto                    Page 3 of 4
Date Rcvd: May 15, 2023                 Form ID: 3180W               Total Noticed: 44

|  |  | May 16 2023 03:51:00 | Pennsylvania Dept of Revenue, Bankruptcy/Collection Unit, 10th Floor Strawberry Square, 4th & Walnut Streets, Harrisburg, PA 17128-0001 |
| 14750879 | + Email/Text: RVSVCBICNOTICE1@state.pa.us | May 16 2023 00:01:00 | Pennsylvania Dept of Revenue, Bankruptcy/Collection Unit, 10th Floor Strawberry Square, 4th & Walnut Streets, Harrisburg, PA 17128-0001 |
| 14750880 | + Email/PDF: resurgentbknotifications@resurgent.com | May 16 2023 00:14:37 | Resurgent Capital Services, PO Box 10497, Greenville, SC 29603-0497 |
| 14750881 | + EDI: RMSC.COM | May 16 2023 03:51:00 | Synchrony Bank, 170 Election Road, Suite 125, Draper, UT 84020-6425 |

TOTAL: 38

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr |  | LAKEVIEW LOAN SERVICING, LLC |
| cr |  | Lakeview Loan Servicing, LLC |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 2 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: May 17, 2023            Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 15, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Andrew L. Spivack | on behalf of Creditor Lakeview Loan Servicing  LLC andrew.spivack@brockandscott.com, wbecf@brockandscott.com |
| Brian Nicholas | on behalf of Creditor Lakeview Loan Servicing  LLC bnicholas@kmllawgroup.com |
| Brian Nicholas | on behalf of Creditor LAKEVIEW LOAN SERVICING  LLC bnicholas@kmllawgroup.com |
| Daniel Philip Jones | on behalf of Creditor Lakeview Loan Servicing  LLC djones@sterneisenberg.com, bkecf@sterneisenberg.com |
| Jeffrey R. Hunt | on behalf of Creditor Borough of Crafton jhunt@grblaw.com |
| Jerome B. Blank | on behalf of Creditor Lakeview Loan Servicing  LLC jblank@pincuslaw.com |
| Keri P. Ebeck | on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com jbluemle@bernsteinlaw.com;kebeck@ecf.courtdrive.com |

Mario J. Hanyon
on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper wbecf@brockandscott.com  mario.hanyon@brockandscott.com

Mario J. Hanyon
on behalf of Creditor Lakeview Loan Servicing  LLC wbecf@brockandscott.com, mario.hanyon@brockandscott.com

Mario J. Hanyon
on behalf of Creditor LAKEVIEW LOAN SERVICING  LLC wbecf@brockandscott.com, mario.hanyon@brockandscott.com

Mark G. Moynihan
on behalf of Debtor Mary E. Blazer mark@moynihanlaw.net
moynihan.mark@gmail.com;moynihanmr71581@notify.bestcase.com

Office of the United States Trustee
ustpregion03.pi.ecf@usdoj.gov

Robert Davidow
on behalf of Creditor Lakeview Loan Servicing  LLC robert.davidow@phelanhallinan.com

Ronda J. Winnecour
cmecf@chapter13trusteewdpa.com

S. James Wallace
on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  Equitablebankruptcy@peoples-gas.com

Shawn N. Wright
on behalf of Debtor Mary E. Blazer shawn@shawnwrightlaw.com
wrightshawn@hotmail.com;wrightshawn49@gmail.com;wrightshawnecf@gmail.com;molly@shawnwrightlaw.com

Thomas Song
on behalf of Creditor Citizens bank na pawb@fedphe.com

Thomas Song
on behalf of Creditor LAKEVIEW LOAN SERVICING  LLC pawb@fedphe.com

Thomas Song
on behalf of Creditor Lakeview Loan Servicing  LLC pawb@fedphe.com


TOTAL: 19