IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

IN RE:
MARY E. BLAZER

    Debtor(s)

Ronda J. Winnecour
    Movant
  vs.
No Repondents.

Case No.:17-25132

Chapter 13

Document No.: 100

**ENTERED BY DEFAULT**

ORDER OF COURT

AND NOW, this __15th__ day of __May__, 20__23__, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

  (1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

  (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

  (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

  (4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

  (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

  (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

FILED
5/15/23 9:02 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

BY THE COURT:

_Carlota M. Böhm_ dmk
U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

In re:     Case No. 17-25132-CMB
Mary E. Blazer     Chapter 13
     Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2     User: auto     Page 1 of 4
Date Rcvd: May 15, 2023     Form ID: pdf900     Total Noticed: 42

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 17, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Mary E. Blazer, 28 Warren Street, Pittsburgh, PA 15205-3035 |
| cr | + | Borough of Crafton, Goehring, Rutter, and Boehm, 437 Grant Street, 14th Floor, Frick Building, Pittsburgh, PA 15219 UNITED STATES 15219-6101 |
| 14771016 | + | Borough of Crafton, Goehring, Rutter & Boehm, c/o Jeffrey R. Hunt, Esquire, 437 Grant Street, 14th Floor, Frick Building Pittsburgh, PA 15219-6101 |
| 14750859 | + | CENLAR, PO Box 77423, Ewing, NJ 08628-7423 |
| 14750866 | + | First Savings Bank/Blaze, 5501 S Broadband Ln, Sioux Falls, SD 57108-2253 |
| 14750867 | + | First Savings Credit Card, PO Box 85620, Sioux Falls, SD 57118-5620 |
| 14750869 | + | Jennifer Carlson, 23 White Ave, Pittsburgh, PA 15205-2817 |
| 14788564 | + | LAKEVIEW LOAN SERVICING, LLC, CENLAR FSB, ATTN: BK DEPARTMENT, 425 PHILLIPS BLVD., EWING NJ 08618-1430 |
| 14750874 | + | Law Offices of Patenaude & Felix, A.P.C., 501 Corporate Drive, Southpointe, Suite 205, Canonsburg, PA 15317-8584 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | | Email/Text: Bankruptcy.RI@Citizensbank.com | May 16 2023 00:00:00 | Citizens bank na, One Citizens Bank Way JCA 115, Johnston, RI 02919 |
| cr | + | Email/Text: kburkley@bernsteinlaw.com | May 16 2023 00:02:00 | Duquesne Light Company, c/o Allison Carr, 707 Grant Street, Suite 2200, Pittsburgh, PA 15219-1945 |
| cr | + | Email/Text: nsm_bk_notices@mrcooper.com | May 16 2023 00:01:00 | Nationstar Mortgage LLC d/b/a Mr. Cooper, 8950 Cypress Waters Boulevard, Coppell, TX 75019-4620 |
| cr | + | Email/Text: ebnpeoples@grblaw.com | May 16 2023 00:01:00 | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| 14750855 | + | Email/Text: bncnotifications@pheaa.org | May 16 2023 00:01:00 | AES/NCT, PO Box 61047, Harrisburg, PA 17106-1047 |
| 14750856 | + | Email/Text: BarclaysBankDelaware@tsico.com | May 16 2023 00:01:00 | Barclay's Bank Delaware, P.O. Box 8803, Wilmington, DE 19899-8803 |
| 14750858 | | Email/Text: BKelectronicnotices@cenlar.com | May 16 2023 00:01:00 | CENLAR, PO Box 77404, Ewing, NJ 08628 |
| 14750857 | | Email/Text: BKelectronicnotices@cenlar.com | May 16 2023 00:01:00 | CENLAR, PO Box 77404, Trenton, NJ 08628 |
| 14750862 | | Email/Text: Bankruptcy.RI@Citizensbank.com | May 16 2023 00:00:00 | Citizens Bank, 1 Citizens Dr, Riverside, RI 02915 |
| 14763584 | | Email/PDF: bncnotices@becket-lee.com | May 16 2023 00:28:26 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14750860 | + | Email/Text: clientservices@credit-control.com | May 16 2023 00:01:00 | Central Loan Admin & Reporting, 425 Phillips Blvd, Ewing, NJ 08618-1430 |
| 14750861 | | Email/PDF: Citi.BNC.Correspondence@citi.com | May 16 2023 00:04:14 | Citi Cards, PO Box 6241, Sioux Falls, SD 57117-6241 |
| 14750863 | | Email/PDF: creditonebknotifications@resurgent.com | | |

| District/off: 0315-2 | User: auto | Page 2 of 4 |
|---|---|---|
| Date Rcvd: May 15, 2023 | Form ID: pdf900 | Total Noticed: 42 |

| Recipient | Method | Date/Time | Address |
|---|---|---|---|
| 14750864 | + Email/PDF: creditonebknotifications@resurgent.com | May 16 2023 00:04:06 | Credit One Bank, PO Box 98873, Las Vegas, NV 89193-8873 |
| | | May 16 2023 00:02:51 | Credit One Bank NA, PO Box 98872, Las Vegas, NV 89193-8872 |
| 14750865 | Email/Text: mrdiscen@discover.com | May 16 2023 00:00:00 | Discover Bank, PO Box 15316, Wilmington, DE 19850-5316 |
| 14756340 | Email/Text: mrdiscen@discover.com | May 16 2023 00:00:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14783977 | + Email/Text: kburkley@bernsteinlaw.com | May 16 2023 00:02:00 | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant St., Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| 14750868 | + Email/Text: sbse.cio.bnc.mail@irs.gov | May 16 2023 00:01:00 | Internal Revenue Service, Centralized Insolvency, Operations, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 14750871 | + Email/Text: PBNCNotifications@peritusservices.com | May 16 2023 00:00:00 | Kohl's, PO Box 2983, Milwaukee, WI 53201-2983 |
| 14750870 | + Email/Text: PBNCNotifications@peritusservices.com | May 16 2023 00:00:00 | Kohl's, P.O. Box 3043, Milwaukee, WI 53201-3043 |
| 14750872 | + Email/Text: PBNCNotifications@peritusservices.com | May 16 2023 00:00:00 | Kohls/Capital One, N56 W 17000 Ridgewood Dr, Menomonee Falls, WI 53051-5660 |
| 14750873 | + Email/Text: PBNCNotifications@peritusservices.com | May 16 2023 00:00:00 | Kohls/Capital One, PO Box 3115, Milwaukee, WI 53201-3115 |
| 14750875 | + Email/PDF: resurgentbknotifications@resurgent.com | May 16 2023 00:14:37 | LVNV Funding LLC, PO Box 10497, Greenville, SC 29603-0497 |
| 14750876 | + Email/PDF: resurgentbknotifications@resurgent.com | May 16 2023 00:14:59 | LVNV Funding, LLC, 55 Beattie Place, Suite 110, Greenville, SC 29601-5115 |
| 14787067 | Email/PDF: resurgentbknotifications@resurgent.com | May 16 2023 00:14:47 | LVNV Funding, LLC its successors and assigns as, assignee of Synchrony Bank, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14750877 | + Email/PDF: MerrickBKNotifications@Resurgent.com | May 16 2023 00:03:27 | Merrick Bank, PO Box 9201, Old Bethpage, NY 11804-9001 |
| 14750878 | + Email/PDF: MerrickBKNotifications@Resurgent.com | May 16 2023 00:02:50 | Merrick Bank, 10705 S. Jordan Gateway, Suite 200, South Jordan, UT 84095-3977 |
| 15469426 | + Email/Text: nsm_bk_notices@mrcooper.com | May 16 2023 00:01:00 | Nationstar Mortgage LLC d/b/a Mr. Cooper, Bankruptcy Department, PO Box 619096, Dallas, TX 75261-9096 |
| 14776542 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | May 16 2023 00:14:59 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14752363 | + Email/PDF: rmscedi@recoverycorp.com | May 16 2023 00:14:35 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14750879 | + Email/Text: RVSVCBICNOTICE1@state.pa.us | May 16 2023 00:01:00 | Pennsylvania Dept of Revenue, Bankruptcy/Collection Unit, 10th Floor Strawberry Square, 4th & Walnut Streets, Harrisburg, PA 17128-0001 |
| 14750880 | + Email/PDF: resurgentbknotifications@resurgent.com | May 16 2023 00:14:47 | Resurgent Capital Services, PO Box 10497, Greenville, SC 29603-0497 |
| 14750881 | + Email/PDF: gecsedi@recoverycorp.com | May 16 2023 00:04:12 | Synchrony Bank, 170 Election Road, Suite 125, Draper, UT 84020-6425 |

TOTAL: 33

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

Case 17-25132-CMB    Doc 110    Filed 05/17/23    Entered 05/18/23 00:25:45    Desc
Imaged Certificate of Notice    Page 4 of 5

District/off: 0315-2    User: auto    Page 3 of 4
Date Rcvd: May 15, 2023    Form ID: pdf900    Total Noticed: 42

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | LAKEVIEW LOAN SERVICING, LLC |
| cr | | Lakeview Loan Servicing, LLC |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 2 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 17, 2023        Signature:    /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 15, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Andrew L. Spivack | on behalf of Creditor Lakeview Loan Servicing  LLC andrew.spivack@brockandscott.com, wbecf@brockandscott.com |
| Brian Nicholas | on behalf of Creditor Lakeview Loan Servicing  LLC bnicholas@kmllawgroup.com |
| Brian Nicholas | on behalf of Creditor LAKEVIEW LOAN SERVICING  LLC bnicholas@kmllawgroup.com |
| Daniel Philip Jones | on behalf of Creditor Lakeview Loan Servicing  LLC djones@sterneisenberg.com, bkecf@sterneisenberg.com |
| Jeffrey R. Hunt | on behalf of Creditor Borough of Crafton jhunt@grblaw.com |
| Jerome B. Blank | on behalf of Creditor Lakeview Loan Servicing  LLC jblank@pincuslaw.com |
| Keri P. Ebeck | on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com jbluemle@bernsteinlaw.com;kebeck@ecf.courtdrive.com |
| Mario J. Hanyon | on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper wbecf@brockandscott.com  mario.hanyon@brockandscott.com |
| Mario J. Hanyon | on behalf of Creditor Lakeview Loan Servicing  LLC wbecf@brockandscott.com, mario.hanyon@brockandscott.com |
| Mario J. Hanyon | on behalf of Creditor LAKEVIEW LOAN SERVICING  LLC wbecf@brockandscott.com, mario.hanyon@brockandscott.com |
| Mark G. Moynihan | on behalf of Debtor Mary E. Blazer mark@moynihanlaw.net moynihan.mark@gmail.com;moynihanmr71581@notify.bestcase.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Robert Davidow | on behalf of Creditor Lakeview Loan Servicing  LLC robert.davidow@phelanhallinan.com |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| S. James Wallace | on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  Equitablebankruptcy@peoples-gas.com |

District/off: 0315-2 | User: auto | Page 4 of 4
Date Rcvd: May 15, 2023 | Form ID: pdf900 | Total Noticed: 42

| | |
|---|---|
| Shawn N. Wright | on behalf of Debtor Mary E. Blazer shawn@shawnwrightlaw.com wrightshawn@hotmail.com;wrightshawn49@gmail.com;wrightshawnecf@gmail.com;molly@shawnwrightlaw.com |
| Thomas Song | on behalf of Creditor Citizens bank na pawb@fedphe.com |
| Thomas Song | on behalf of Creditor LAKEVIEW LOAN SERVICING  LLC pawb@fedphe.com |
| Thomas Song | on behalf of Creditor Lakeview Loan Servicing  LLC pawb@fedphe.com |

TOTAL: 19