**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| IN RE: | |
|---|---|
| MARY E. BLAZER | Case No.:17-25132 CMB |
| Debtor(s) | |
| Ronda J. Winnecour | Document No.: |
| Movant | |
| vs. | |
| No Repondents. | |

### TRUSTEE'S AMENDED REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

   1. The case was filed on 12/28/2017 and confirmed on 02/09/2018. The case was subsequently (K)COMPLETED FUNDS TO DEBTOR

   2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 81,163.66 |
| Less Refunds to Debtor | 2,318.55 | |
| TOTAL AMOUNT OF PLAN FUND | | 78,845.11 |
| | | |
| Administrative Fees | | |
|   Filing Fee | 0.00 | |
|   Notice Fee | 0.00 | |
|   Attorney Fee | 3,300.00 | |
|   Trustee Fee | 3,657.90 | |
|   Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 6,957.90 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   LAKEVIEW LOAN SERVICING LLC | 0.00 | 52,427.82 | 0.00 | 52,427.82 |
|     Acct: 6392 | | | | |
|   CITIZENS BANK NA | 0.00 | 4,650.00 | 0.00 | 4,650.00 |
|     Acct: 7763 | | | | |
|   BORO OF CRAFTON-SEWAGE FEES | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: S356 | | | | |
| | | | | 57,077.82 |
| **Priority** | | | | |
|   SHAWN N WRIGHT ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   MARY E. BLAZER | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   MARY E. BLAZER | 628.33 | 628.33 | 0.00 | 0.00 |
|     Acct: | | | | |
|   MARY E. BLAZER | 1,195.25 | 1,195.25 | 0.00 | 0.00 |
|     Acct: | | | | |
|   MARY E. BLAZER | 494.97 | 494.97 | 0.00 | 0.00 |
|     Acct: | | | | |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Priority** | | | | |
| MOYNIHAN LAW PC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| MARK G MOYNIHAN ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| MARK G MOYNIHAN ESQ | 3,300.00 | 3,300.00 | 0.00 | 0.00 |
| Acct: | | | | |
| INTERNAL REVENUE SERVICE* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| PA DEPARTMENT OF REVENUE* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| LAKEVIEW LOAN SERVICING LLC | 650.00 | 650.00 | 0.00 | 650.00 |
| Acct: 6392 | | | | |
| | | | | 650.00 |
| **Unsecured** | | | | |
| AES (AMERICAN EDUCATION SRVCS) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0001 | | | | |
| PORTFOLIO RECOVERY ASSOCIATES, LL | 5,459.09 | 5,459.09 | 0.00 | 5,459.09 |
| Acct: 6089 | | | | |
| CITIBANK NA** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0297 | | | | |
| CREDIT ONE BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 5225 | | | | |
| DISCOVER BANK(*) | 1,931.37 | 1,931.37 | 0.00 | 1,931.37 |
| Acct: 2781 | | | | |
| DISCOVER BANK(*) | 975.69 | 975.69 | 0.00 | 975.69 |
| Acct: 9127 | | | | |
| FIRST SAVINGS BANK++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 1512 | | | | |
| CAPITAL ONE NA** | 1,047.31 | 1,047.31 | 0.00 | 1,047.31 |
| Acct: 6795 | | | | |
| LVNV FUNDING LLC, ASSIGNEE | 4,391.15 | 4,391.15 | 0.00 | 4,391.15 |
| Acct: 1870 | | | | |
| MERRICK BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 2797 | | | | |
| SYNCHRONY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 5103 | | | | |
| DUQUESNE LIGHT COMPANY(*) | 354.78 | 354.78 | 0.00 | 354.78 |
| Acct: 6570 | | | | |
| SYNCHRONY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 5103 | | | | |
| PEOPLES NATURAL GAS CO LLC* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| CENLAR FSB | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| JENNIFER CARLSON | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| PHELAN HALLINAN DIAMOND & JONES LL | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| BRIAN C NICHOLAS ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| STERN & EISENBERG LP | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| BROCK & SCOTT PLLC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| PATENAUDE AND FELIX APC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| | | | | 14,159.39 |

| TOTAL PAID TO CREDITORS | | 71,887.21 |
|---|---|---|
| TOTAL CLAIMED | | |
| PRIORITY | 650.00 | |
| SECURED | 0.00 | |
| UNSECURED | 14,159.39 | |

Date: 06/06/2023

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com